UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-42267 |
| | ) | |
| Payless Holdings LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

The Office of the United States Trustee for the Eastern District of Missouri (the "United States Trustee"), by and through the undersigned Assistant U.S. Trustee, hereby enters its appearance pursuant to Sections 345 and 1109(b) and Federal Rule of Bankruptcy Procedures 9010(b) in the above-captioned case and requests copies of all notices, orders, pleadings and filed documents pursuant to Federal Rule of Bankruptcy Procedure 2002. Any and all such notices and other documents for the United States Trustee should be sent to:

PAUL A. RANDOLPH
Assistant United States Trustee
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
PH: (314) 539-2984
FAX: (314) 539-2990
Email: paul.a.randolph@usdoj.gov

RESPECTULLY SUBMITTED this 4th day of April, 2017.

DANIEL J. CASAMATTA
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

/s/ Paul A. Randolph
E.D.Mo #506384, AZ # 011952
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
PH: (314) 539-2984
FAX: (314) 539-2990
Email: paul.a.randolph@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing was electronically mailed by U.S. Bankruptcy Court, Eastern District of Missouri to those parties, including proposed counsel for the Debtors, receiving notices via the Court CM/ECF system this 4th day of April 2017.

                                                      /s/ Kathy Lickenbrock
                                                      Kathy Lickenbrock