## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

In re:

PAYLESS HOLDINGS LLC, et al.,

Debtors.[1]

Case No. 17-42257-659
CHAPTER 11

(Joint Administration Requested)

Hearing Date & Time:
April 5, 2017 at 1:30 p.m.
(prevailing Central Time)

Hearing Location:
Courtroom 7 North

## APPLICATION OF THE DEBTORS AND DEBTORS IN POSSESSION, PURSUANT TO SECTIONS 327(A) AND 329(A) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014(A) AND 2016(B) AND LOCAL BANKRUPTCY RULES 2014(A) AND 2016-1, FOR AN ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO RETAIN AND EMPLOY ARMSTRONG TEASDALE LLP AS LOCAL RESTRUCTURING COUNSEL, EFFECTIVE AS OF THE PETITION DATE

Payless Holdings LLC ("Payless") and its affiliated debtors and debtors in possession (collectively, the "Debtors"), hereby move this Court, pursuant to sections 327(a) and 329(a) of title 11 of the United States Code (the "Bankruptcy Code"), Bankruptcy Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rules 2014(A) and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Missouri (the "Local Bankruptcy Rules"),[2] for an order[3] authorizing them

---

[1]    The Debtors are listed on Schedule 1 attached hereto.  The employer tax identification numbers and addresses for each of the Debtors are set forth in the Debtors' respective chapter 11 petitions.

[2]    This Application is also generally consistent with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "United States Trustee Guidelines").

[3]    A copy of the Proposed Order will be provided to the Notice Parties (as defined below) and made available on the Debtors' case information website at https://cases.primeclerk.com/payless.

to retain and employ Armstrong Teasdale LLP ("Armstrong Teasdale") as local restructuring counsel in these chapter 11 cases, effective as of the Petition Date,[4] and in support thereof respectfully represent as follows:

## Jurisdiction and Venue

1.      This Court has subject matter jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Rule 81-9.01(B)(1) of the Local Rules of the United States District Court for the Eastern District of Missouri.   This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## Background

2.      The Debtors and their non-Debtor affiliates (together, the "Company") comprise the largest specialty family footwear retailer in the Western Hemisphere, offering a wide range of shoes and accessory items at affordable prices.  The Company has more than 4,000 stores in more than 30 countries.  The Debtors are headquartered in Topeka, Kansas, but their operations are extensive and span across Asia, the Middle East, Latin America, Europe, and the United States.

3.      On the date hereof (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Concurrently with the filing of this Motion, the Debtors filed a motion requesting procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a

---

[4]      Retention as of the Petition Date is appropriate because Armstrong Teasdale has provided services to the Debtors in these chapter 11 cases from and after the Petition Date.

trustee or examiner has been made in these chapter 11 cases, and no committees have been appointed or designated.

4.      A comprehensive description of the Debtors' businesses and operations, capital structure and the events leading to the commencement of these chapter 11 cases can be found in the Declaration of Michael Schwindle In Support of Debtors' Chapter 11 Proceedings and First Day Pleadings (the "First Day Declaration"), which was filed contemporaneously herewith and is incorporated herein by reference.

5.      In support of this Application, the Debtors submit (a) the Declaration of Michael Schwindle (the "Debtors' Declaration"), a copy of which is attached hereto as Exhibit A; (b) the Declaration of Steven N. Cousins, a partner of Armstrong Teasdale (the "Cousins Declaration"), a copy of which is attached hereto as Exhibit B; and (c) Armstrong Teasdale's Disclosure of Compensation (the "Disclosure of Compensation"), a copy of which is attached hereto as Exhibit C.

6.      No trustee, examiner or official committee of unsecured creditors has been appointed in these Chapter 11 Cases. No date has been set for a meeting pursuant to Section 341 of the Bankruptcy Code.

## Basis for Relief

### *Armstrong Teasdale's Qualifications*

7.      Armstrong Teasdale is well qualified to serve as the Debtors' local restructuring counsel in these chapter 11 cases.  Armstrong Teasdale is one of the leading commercial law firms in the Midwest, and serves a dynamic national and international client base. Armstrong Teasdale has substantial experience in virtually all aspects of the law that may potentially arise in these chapter 11 cases, including bankruptcy, environmental, corporate,

international, employee benefits, finance, intellectual property, labor and employment, litigation, mergers and acquisitions, real estate, securities and tax.

8.     Armstrong Teasdale's restructuring practice group consists of approximately 20 attorneys practicing in offices in Missouri, Illinois, Kansas, and Nevada. Armstrong Teasdale's restructuring lawyers have played significant roles in a wide array of chapter 11 cases, including those of Peabody Energy Corporation; Patriot Coal Corp.; Abengoa Bioenergy US Holding, LLC; Global Computer Enterprises; Apex/Clark Oil/Copper Mountain; Union Financial Services Group, Inc.; US Fidelis Inc.; Smurfit-Stone Container Corp.; National Steel; Thermadyne Holdings Corporation; Digital Teleport; Galaxy Cable; Bridge Information Systems, Inc., Laclede Steel Company; Jones Truck Lines; Payless Cashways; Interco; Transworld Airlines; Traffic Control Company; lendnetwork.com; Wehrenberg Inc.; Pharmor; and Foxmeyer.

9.     Armstrong Teasdale is also familiar with the Debtors' businesses and financial affairs, and will contribute greatly as local restructuring counsel to aid in the efficient administration of the Debtors' estates.

### *Services to Be Provided by Armstrong Teasdale*

10.     The employment of Armstrong Teasdale as the Debtors' local restructuring counsel is appropriate and necessary to enable the Debtors to fulfill their duties as debtors and debtors in possession and to preserve and maximize the value of the Debtors' estates for all stakeholders.  The Debtors propose to retain Armstrong Teasdale for these chapter 11 cases on the terms of this application and the parties' engagement letter, dated as of March 29, 2017 (the

"Engagement Letter"), a copy of which is attached hereto as Exhibit D.[5]  The Engagement Letter describes, among other things:  (a) the services that Armstrong Teasdale anticipates performing for the Debtors and (b) the terms and conditions of Armstrong Teasdale's proposed engagement by the Debtors.

11.     The Debtors anticipate that Armstrong Teasdale will render various legal services to the Debtors as needed throughout the course of these chapter 11 cases.  In particular, the Debtors anticipate that Armstrong Teasdale will perform, among others, the following legal services:

(a)      providing legal advice with respect to the Company's powers and duties as debtors-in-possession in the continued operation of its business and management of its properties;

(b)      attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

(c)      taking necessary action to protect and preserve the Company's estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

(d)      preparing and prosecuting on behalf of the Company's motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

---

[5]      Any references to, or descriptions of, the Engagement Letter herein are qualified by the express terms of the Engagement Letter, which shall govern if there is any conflict between the Engagement Letter and the description provided herein.

(e)      advising and assisting the Company with respect to restructuring alternatives, including preparing and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure statement;

(f)      appearing in Court and protecting the interests of the Company before the Court; and

(g)      performing all other legal services for the Company which may be necessary and proper in these cases.

12.      The Debtors require knowledgeable counsel to render these essential professional services.  Armstrong Teasdale has substantial expertise in all of these areas. Accordingly, the Debtors respectfully submit that Armstrong Teasdale is well qualified to perform these services and represent the Debtors' interests in these chapter 11 cases.

13.      The Debtors have applied to retain Kirkland & Ellis LLP ("Kirkland & Ellis") as lead restructuring counsel.  Armstrong Teasdale will work closely with Kirkland & Ellis, the Debtors and the Debtors' other retained professionals to clearly delineate each professional's respective duties and to prevent unnecessary duplication of services whenever possible.  Either Kirkland & Ellis or another firm will represent the Debtors in connection with any matter in which Armstrong Teasdale cannot represent the Debtors because of an actual or potential conflict of interest.

**Compensation and Fee Applications**

14.      Pursuant to the terms of the Engagement Letter, and subject to the Court's approval of this application, Armstrong Teasdale intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date

services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[6]

15.    Armstrong Teasdale will be compensated at its standard hourly rates, which are based on the professionals' level of experience.  At present, the standard hourly rates charged by Armstrong Teasdale range as follows:

| BILLING CATEGORY | U.S. RANGE |
|---|---|
| Partners | $335 - $660 |
| Of Counsel | $300 - $575 |
| Associates | $225 - $405 |
| Paralegals | $110 - $305 |
| Law Clerks | $200 - $235 |

16.    The names, positions, resident offices and current hourly rates of those Armstrong Teasdale lawyers currently expected to spend significant time on these chapter 11 cases are attached as Schedule 3 to the Cousins Declaration.  Armstrong Teasdale's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of the scope and complexity similar to these chapter 11 cases.  Further, Armstrong Teasdale bankruptcy professionals are subject to the same client-driven market forces, scrutiny and accountability as its professionals in non-bankruptcy engagements.  For all of these reasons, Armstrong Teasdale's rates are reasonable and favorable to the Debtors' estates.[7]

---

[6]    The hourly rates charged by Armstrong Teasdale professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident.  Armstrong Teasdale does not adjust the billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

[7]    Like many of its peer law firms, Armstrong Teasdale increases the hourly billing rate of attorneys and paraprofessionals periodically in the form of step increases in the ordinary course on the basis of advancing seniority and promotion.  The step increases do not constitute "rate increases" (as the term is used in the United States Trustee Guidelines).

17.     Armstrong Teasdale will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the Court in these chapter 11 cases.[8]  Armstrong Teasdale contemplates using the following billing categories, which substantially conform to those categories set forth at section 8(b) of the United States Trustee Guidelines:[9]

| CATEGORY | DESCRIPTION |
|---|---|
| Asset Analysis and Recovery | Includes the identification and review of potential assets, including causes of action belonging to the Debtors' estates and other non-litigation recoveries. |
| Asset Disposition | Includes transactions related to the sale, lease, abandonment or other disposition of the Debtors' assets. |
| Assumption and Rejection of Leases and Contracts | Includes (a) contract and lease analysis, (b) matters relating to assumption, assumption and assignment, rejection or recharacterization of executory contracts and unexpired leases and (c) the preparation of Court filings related to the foregoing. |
| Avoidance Action Analysis | Includes the review of potential avoidance actions under sections 544, 545, 546, 547, 548 and 549 of the Bankruptcy Code to determine whether such actions are warranted. |
| Business Operations | Includes matters related to the Debtors' operations that do not fit within another, more specific matter description, including, but not limited to, issues related to (a) vendors/sourcing, (b) customers, (c) interaction with governmental entities and regulatory agencies, (d) lessor/lessee matters, (e) utilities, (f) insurance/surety matters and (g) internal management, processes and controls. |
| Case Administration | Includes (a) general case administration services, (b) maintenance of case docket and calendar, (c) filing and circulation of papers and (d) |

---

[8]     In applying to the Court for payment of compensation and reimbursement of expenses, Armstrong Teasdale will also make reasonable efforts to comply with the United States Trustee Guidelines.

[9]     Armstrong Teasdale may, in its discretion and in consultation with the Debtors, determine to create separate sub-billing categories for certain discrete projects undertaken during these chapter 11 cases.

| CATEGORY | DESCRIPTION |
|---|---|
| | preparation and review of other reports, notices and service lists. |
| Claims Administration and Objections | Includes (a) bar date matters, (b) claims objections and related contested matters and (c) other claims administration activities. |
| Corporate Governance and Board Matters | Includes (a) preparation for and attendance at meetings of the Debtors' board of directors, (b) analysis and advice regarding all transactional, corporate governance and related matters unrelated to the plan of reorganization or disclosure statement process and (c) matters related to requests for the appointment of a trustee or examiner. |
| Court Hearings | Includes preparation for and attendance at court hearings. |
| Employee Matters | Includes (a) employee compensation and retiree benefits issues, (b) other employee relations matters and (c) ERISA matters. |
| Environmental Matters | Includes matters related to (a) compliance with environmental laws and regulations and (b) research or reporting related to the foregoing. |
| Employment and Fee Applications | Includes (a) preparation of Armstrong Teasdale fee applications and the preparation of monthly invoices, (b) preparation of fee applications for other professionals and (c) preparation and/or prosecution of Court filings establishing procedures governing professional retention and compensation. |
| Employment and Fee Application Objections | Includes the review of, and objections to, the employment and fee applications of other professionals. |
| Financing and Cash Collateral | Includes (a) negotiation and documentation of debtor in possession financing and post-confirmation financing, (b) cash collateral issues, (c) analysis of loan documents and (d) related services. |
| Litigation and Adversary Proceedings | Includes all litigation and adversary proceedings (i.e., actions initiated by a complaint in the Bankruptcy Court), such as avoidable transfer litigation, as well as related pre-litigation matters and all other contested matters that do not fit within another, more specific matter description. |
| Meetings | Includes preparation for, and attendance at, (a) meetings with official committees appointed in the Debtors' chapter 11 cases that do not fit within another, more specific matter description, (b) the section 341 meeting and committee formation meetings, (c) meetings with the Debtors or the Debtors' other professionals (including co-counsel), (d) meetings with individual creditors and (e) meetings with all other |

| CATEGORY | DESCRIPTION |
|---|---|
| | interested parties. |
| Non-Working Travel | Includes all non-working travel time. |
| Plan and Disclosure Statement | Includes (a) the formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, confirmation orders and related orders and corporate documentation, (b) research relating thereto, (c) matters related to exclusivity and (d) disbursement and case closing activities. |
| Real Estate | Review and analysis of real estate matters that do not fit within another, more specific matter description. |
| Relief from Stay and Adequate Protection | Includes matters related to (a) the continuation, extension, modification, scope or termination of the automatic stay under section 362 of the Bankruptcy Code, (b) adequate protection under section 361 of the Bankruptcy Code and (c) the effect of the automatic stay on pending matters. |
| Reporting | Includes (a) preparation of (i) schedules of assets and liabilities (and amendments thereto), (ii) statements of financial affairs (and amendments thereto), (iii) periodic operating reports and (iv) other accounting or reporting activities and (b) communications with the Office of the United States Trustee for the Eastern District of Missouri (the "United States Trustee") not within the scope of other matter numbers. |
| Tax | Includes (a) all federal and state income, property, employment, excise and other tax matters and (b) the preparation of related tax returns. |
| Write-Offs | Write-off of fees and disbursements relating to services rendered in Debtor's chapter 11 case. |

18.     Furthermore, Armstrong Teasdale contemplates using the following expense categories:  (a) copies; (b) outside printing; (c) telephone; (d) facsimile; (e) online research;  (f) delivery services/couriers;  (g) postage; (h) out-of-town travel (including subcategories for transportation, hotel, meals, ground transportation, and other); (i) meals (local); (j) court fees; (k) subpoena fees; (l) witness fees; (m) deposition transcripts; (n) trial transcripts; (o) trial exhibits; (p) litigation support vendors; (q) experts; (r) investigators; (s) arbitrators/mediators; and (t) other.

19.    Armstrong Teasdale will consult with the United States Trustee regarding suggested alterations to these categories, and will seek to coordinate the consistent use of these categories among professionals required to file applications for payment of fees and reimbursement of expenses in these cases.  In addition, Armstrong Teasdale understands that interim and final fee awards are subject to approval by this Court.

*Disclosure Concerning Disinterestedness*

20.    The Cousins Declaration, incorporated herein by reference, discloses Armstrong Teasdale's connections to the Debtors and parties in interest in these cases.  In reliance on the Cousins Declaration, and except as set forth therein, the Debtors believe that: (a) Armstrong Teasdale has no connection with the Debtors, their affiliates, their creditors, the United States Trustee, any person employed in the office of the United States Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants; (b) Armstrong Teasdale is not a creditor, equity security holder or insider of the Debtors; (c) none of Armstrong Teasdale's lawyers is, or was within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Armstrong Teasdale neither holds nor represents an interest materially adverse to the Debtors or their respective estates.  Accordingly, the Debtors believe that Armstrong Teasdale is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code.

21.    In the event that Armstrong Teasdale's representation of the Debtors in connection with any matter in these chapter 11 cases would result in it becoming adverse to a party in interest that gives rise to a professional conflict, the Debtors shall retain separate counsel to represent their interests with respect to such matter against such party.

*Professional Compensation*

22.    On March 30, 2017, the Debtors provided Armstrong Teasdale with an advance payment of $300,000 to establish a retainer (as subsequently increased and replenished, the "Retainer") for professional services to be rendered and services to be incurred by Armstrong Teasdale LLP.  Subsequent thereto, Armstrong Teasdale (a) issued invoices to the Debtors reflecting applications of fees and expenses against the Retainer and (b) received funds from the Debtors in replenishment of the Retainer.  As of the Petition Date, the balance of the Retainer was approximately $230,000.

23.    During the year preceding the Petition Date, Armstrong Teasdale received payments from the Debtors, including the Retainer and replenishments thereof, totaling $307,000 (collectively, the "Prepetition Payments").  The Prepetition Payments reflect the payment of (a) certain actual fees and expenses through April 4, 2017 and (b) unbilled, anticipated and/or estimated fees and expenses through the Petition Date.

24.    Armstrong Teasdale has informed the Debtors that, as promptly as practicable after all fees and charges accrued prior to the Petition Date have finally been posted within the Firm's computerized billing system, Armstrong Teasdale will issue a final detailed billing statement for any fees, charges and disbursements for the period prior to the Petition Date (the "Final Prepetition Bill").  If the Prepetition Payments exceed Armstrong Teasdale's actual fees and expenses for the applicable invoice period (as set forth on the Final Prepetition Bill), Armstrong Teasdale will (i) reconcile the Final Prepetition Bill with the Retainer to pay its prepetition invoices and (ii) any excess amount will continue to be held in the Retainer.  If the Prepetition Payments are less than Armstrong Teasdale's actual fees and expenses for the applicable invoice period (as set forth on the Final Prepetition Bill), then, subject to any orders of the Court, Armstrong Teasdale will (i) reconcile the Final Prepetition Bill with the Retainer to pay

its prepetition invoices (to the extent funds are available in the Retainer) and (ii) write off any fees and expenses set forth in the Final Prepetition Bill in excess of the amount of the Retainer. Armstrong Teasdale expects to: (i) complete its reconciliation of prepetition fees and expenses actually incurred through the Petition Date no later than the filing of its first interim fee application in these cases; (ii) make a corresponding adjustment to the amount of the Retainer on or about that date; and (iii) disclose such adjustment in its first interim fee application. Upon the conclusion of Armstrong Teasdale's representation of the Debtors (or as otherwise directed by the Court), Armstrong Teasdale will apply any remaining portion of the Retainer against any unpaid fees or unreimbursed disbursements, with any unapplied portion of the Retainer to be promptly returned to the Debtors.

## **Basis for Relief Requested**

25.     Under section 327(a) of the Bankruptcy Code, a debtor in possession is authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor in possession] in carrying out [its] duties under [the Bankruptcy Code]." 11 U.S.C. § 327(a).[10] Section 1107(b) of the Bankruptcy Code elaborates upon sections 101(14) and 327(a) of the Bankruptcy Code in cases under chapter 11 of the Bankruptcy Code and provides that "a person is not disqualified for employment under section 327 of [the Bankruptcy Code] by a debtor in possession solely because

---

[10]     Section 101(14) of the Bankruptcy Code defines the phrase "disinterested person" as:

a person that –

(A)     is not a creditor, an equity security holder, or an insider;

(B)     is not and was not, within 2 years before the date of the filing of the petition, a director, officer, or employee of the debtor; and

(C)     does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

11 U.S.C. § 101(14).

of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).

26.    As required by Section 329(a) of the Bankruptcy Code,[11] Bankruptcy Rule 2014(a)[12] and Local Bankruptcy Rules 2014(A)[13] and 2016-1,[14] the above-described facts set forth in the application and the information in the Exhibits attached hereto set forth:  (a) the specific facts showing the necessity for Armstrong Teasdale's employment; (b) the reasons for the

---

[11]    Section 329(a) of the Bankruptcy Code provides as follows:

> Any attorney representing a debtor in a case under this title, or in connection with such a case, whether or not such attorney applies for compensation under this title, shall file with the court a statement of the compensation paid or agreed to be paid, if such payment or agreement was made after one year before the date of the filing of the petition, for services rendered or to be rendered in contemplation of or in connection with the case by such attorney, and the source of such compensation.

11 U.S.C. § 329(a).  This information is set forth in the Cousins Declaration attached hereto as Exhibit B.

[12]    Bankruptcy Rule 2014(a) provides that an application seeking the employment of professional persons pursuant to section 327 of the Bankruptcy Code:

> shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014(a).

[13]    Local Bankruptcy Rule 2014(A) requires a party seeking an order authorizing its retention in a chapter 11 case to meet the requirements of Bankruptcy Rule 2014.  The application must disclose any prepetition retainer arrangement and shall be served on:  (a) all entities filing a request for notice; (b) other counsel of record;  (c)  the case trustee;  (d)  the United States Trustee;  and (e)  any committees. Local R. Bankr. P. 2014(A).

[14]    Local Bankruptcy Rule 2016-1(A) provides, inter alia, that "[p]ursuant to Bankruptcy Code § 329 and Fed R  Bankr. P. 2016(b), an attorney representing a debtor in a case under any chapter shall file with the petition a statement disclosing compensation paid or agreed to be paid to such attorney for services in contemplation of or in connection with the case.  Counsel shall serve the disclosure on the Trustee and United States Trustee . . . .  Until a case is closed, a supplemental fee disclosure statement shall be filed and served as required in this Rule either no later than 14 days after any payment not previously disclosed in a properly filed Disclosure of Compensation for Attorney for Debtor pursuant to Fed. Bankr. P. 2016(b), or no later than 14 days after the agreement for such payment."  Local R. Bankr. P. 2016-1(A).

Debtors' selection of Armstrong Teasdale as their counsel in connection with these chapter 11 cases; (c) the professional services proposed to be provided by Armstrong Teasdale; (d) the arrangement between the Debtors and Armstrong Teasdale with respect to Armstrong Teasdale's compensation, including information on retainers and hourly fees and the reasonableness thereof; and (e) to the best of the Debtors' knowledge, the extent of Armstrong Teasdale's connections, if any, to certain parties in interest in these matters.  Accordingly, Armstrong Teasdale's retention by the Debtors should be approved.

## Notice

27.    The Debtors will provide notice of this application to:  (a) the Office of the United States Trustee for the Eastern District of Missouri; (b) the holders of the 50 largest unsecured claims against the Debtors (on a consolidated basis); (c) counsel to the Prepetition ABL Agent; (d) counsel to certain Prepetition ABL Lenders; (e) counsel to the Prepetition First Lien Term Loan Agent; (f) counsel to the Prepetition First Lien Term Loan Steering Committee; (g) counsel to the Prepetition Second Lien Term Loan Agent; (h) the DIP Agent; (i) co-counsel to the DIP Agent, Choate, Hall & Stewart LLP (Attn: Kevin J. Simard, Esq. and Douglas R. Gooding, Esq.) and Thompson Coburn LLP (Attn: Mark V. Bossi, Esq.); (j) the Tranche A-1 Agent; (k) counsel to the Tranche A-1 Agent, Schulte, Roth & Zabel, LLP (Attn: Adam C. Harris, Esq.); (l) the United States Attorney's Office for the Eastern District of Missouri; (m) the Internal Revenue Service; (n) the United States Securities and Exchange Commission; (o) the state attorneys general for all states in which the Debtors conduct business; (p) the Utility Providers; (q) the Utility Agents; and (r) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties").  The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

**<u>No Prior Request</u>**

28.     No prior request for the relief sought in this application has been made to this or any other Court in connection with these chapter 11 cases.

WHEREFORE, the Debtors respectfully request that the Court:  (i) enter an order, substantially in the form submitted to the Court, granting the relief requested herein; and (ii) grant such other and further relief to the Debtors as the Court may deem just and proper.

Dated: April 4, 2017
      St. Louis, Missouri

Respectfully submitted,

Payless Holdings LLC, et al.,
Debtors and Debtors in Possession


/s/   *Michael Schwindle*
Michael Schwindle
Senior Vice President and Chief Financial Officer
Payless Holdings LLC

Filed by:

/s/    *Steven N. Cousins*
Steven N. Cousins MO 30788
Erin M. Edelman MO 67374
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile:  (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com

Nicole L. Greenblatt, P.C. (*pro hac vice* pending)
Cristine F. Pirro (*pro hac vice* pending)
Jessica Kuppersmith (*pro hac vice* pending)
Kirkland & Ellis LLP
Kirkland and Ellis International LLP
601 Lexington Avenue
New York, NY 10021
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email: ngreenblatt@kirkland.com
Email: cristine.pirro@kirkland.com
Email: jessica.juppersmith@kirkland.com

James H.M. Sprayregen, P.C.
William A. Guerrieri  (*pro hac vice* pending)
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email: will.guerrieri@kirkland.com

*Proposed Attorneys for Debtors*
*and Debtors in Possession*

## SCHEDULE 1

| | Debtor's Name |
|---|---|
| 1. | Payless Holdings LLC |
| 2. | Payless Intermediate Holdings LLC |
| 3. | WBG-PSS Holdings LLC |
| 4. | Payless Inc. |
| 5. | Payless Finance, Inc. |
| 6. | Collective Brands Services, Inc. |
| 7. | PSS Delaware Company 4, Inc. |
| 8. | Shoe Sourcing, Inc. |
| 9. | Payless ShoeSource, Inc. |
| 10. | Eastborough, Inc. |
| 11. | Payless Purchasing Services, Inc. |
| 12. | Payless ShoeSource Merchandising, Inc. |
| 13. | Payless Gold Value CO, Inc. |
| 14. | Payless ShoeSource Distribution, Inc. |
| 15. | Payless ShoeSource Worldwide, Inc. |
| 16. | Payless NYC Inc. |
| 17. | Payless ShoeSource of Puerto Rico, Inc. |
| 18. | Payless Collective GP, LLC |
| 19. | Collective Licensing, L.P. |
| 20. | Collective Licensing International, LLC |
| 21. | Clinch, LLC |
| 22. | Collective Brands Franchising Services, LLC |
| 23. | Payless International Franchising, LLC |
| 24. | Collective Brands Logistics, Limited |
| 25. | Dynamic Assets Limited |
| 26. | PSS Canada, Inc. |
| 27. | Payless ShoeSource Canada Inc. |
| 28. | Payless ShoeSource Canada GP Inc. |
| 29. | Payless ShoesSource Canada LP |

**<u>Exhibit A</u>**

**<u>Debtors' Declaration</u>**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>PAYLESS HOLDINGS LLC, <u>et al.</u>,<br><br>                  Debtors. | Case No. 17-42257-659<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date & Time:<br>April 5, 2017 at 1:30 p.m.<br>(prevailing Central Time)<br><br>Hearing Location:<br>Courtroom 7 North |

<u>**DECLARATION OF MICHAEL SCHWINDLE**</u>

Pursuant to Section D of the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "<u>United States Trustee Guidelines</u>"), I, Michael Schwindle, hereby declare, under penalty of perjury, as follows:

1.     I am older than 21 years of age and suffer no legal disability.  I am competent to make this Declaration.

2.     My testimony herein is based upon my personal knowledge, unless stated otherwise.

3.     If called to testify, I could and would testify to the matters stated herein.

4.     I make this declaration under 28 U.S.C. § 1746 for all permissible purposes under applicable rules of evidence and procedure, in support of the Application of the Debtors and Debtors in Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016(b) and Local Bankruptcy Rules 2014-1 and 2016-1, for an

Order Authorizing Debtors to Retain and Employ Armstrong Teasdale LLP as Counsel, Effective as of the Petition Date (the "Application").[1]

5.      Although Armstrong Teasdale professionals assisted in the preparation of this declaration on my behalf, they did so according to my express instructions and using information provided by me and my staff specific to the Debtors' decision to retain Armstrong Teasdale as counsel in these chapter 11 cases.

6.      I am currently Senior Vice President and Chief Financial Officer of Debtor of Payless Holdings LLC and its twenty-eight affiliated debtors and debtors in possession (collectively, the "Debtors"), where I have been employed since 2015.

7.      In my current capacity, I am familiar with all aspects of the Debtors' decision to retain and employ Armstrong Teasdale as counsel with respect to these chapter 11 cases.   In addition, I generally am responsible for, among other things, supervising outside counsel for all of the Debtors and monitoring and controlling legal costs.

**The Debtors' Selection of Armstrong Teasdale**

8.      Armstrong Teasdale is the proposed local restructuring counsel to the Debtors.   The process used by the Debtors to review and select their restructuring counsel involved an evaluation of potential counsels' expertise in relevant legal practice areas and in similar proceedings in this District and elsewhere.   After evaluating multiple candidates for local counsel, the Debtors retained Armstrong Teasdale due to Armstrong Teasdale's extensive experience in corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy

---

[1]      This Declaration is also generally consistent with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "United States Trustee Guidelines").

Code, and in areas of law closely aligned with the Debtors' goals and interests in these Chapter 11 cases.

9.    Given these facts, the Debtors determined that Armstrong Teasdale is well qualified to represent the Debtors in connection with these chapter 11 cases.

### Rate Structure

10.    The Debtors and Armstrong Teasdale agreed that Armstrong Teasdale's standard fees would apply to this engagement.  Having previously reviewed invoices from other comparable law firms and invoices submitted from Armstrong Teasdale, I can verify that the rates being charged by Armstrong Teasdale in connection with this representation are within the range typically charged by similar firms.

11.    The Debtors have approved a budget and staffing plan (the "Budget and Staffing Plan") for the first three months of these chapter 11 cases, recognizing that in the course of large chapter 11 cases like these, it is possible that there may be a number of unforeseen matters that will need to be addressed by the Debtors and Armstrong Teasdale leading to the incurrence of additional fees and expenses beyond those set forth in the Budget and Staffing Plan. As these chapter 11 cases continue to develop, the Debtors and Armstrong Teasdale will work together to revise the Budget and Staffing Plan as needed.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the invoices that Armstrong Teasdale regularly submits, and, together with Armstrong Teasdale, amend the Budget and Staffing Plan periodically as the case develops.

**<u>Cost Supervision</u>**

12.     As they did prepetition, the Debtors will continue to closely supervise the fee and expense reimbursement process.  Armstrong Teasdale's fees and expenses will be subject to review, comment and objection (if warranted), and court approval pursuant to interim compensation procedures that provide for the interim allowance and payment of fees and expenses during the course of these chapter 11 cases.  It is my understanding that Armstrong Teasdale's fees and expenses will be subject to review on a monthly, interim and final basis during the course of these chapter 11 cases by the U.S. Trustee, any official committee and the Court, as well as by the Debtors.

        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 4, 2017                         /s/    *Michael Schwindle*
                                             Michael Schwindle
                                             Senior Vice President and Chief Financial Officer
                                             Payless Holdings LLC

## **Exhibit B**

**Cousins Declaration**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>PAYLESS HOLDINGS LLC, <u>et al</u>,<br><br>          Debtors. | Case No. 17-42257-659<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date & Time:<br>April 5, 2017 at 1:30 p.m.<br>(prevailing Central Time)<br><br>Hearing Location:<br>Courtroom 7 North |

<u>**DECLARATION OF STEVEN N. COUSINS**</u>

       Pursuant to Bankruptcy Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rules 2014(A) and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Eastern District of Missouri (the "<u>Local Bankruptcy Rules</u>"),[1] I, Steven N. Cousins, declare:

       1.      I am an attorney at law admitted and in good standing to practice in the State of Missouri, the State of New York, the Eighth Circuit Court of Appeals, the United States District Court for the Eastern District of Missouri, and the United States District Court for the Southern District of New York.

       2.      I am a partner of the law firm of Armstrong Teasdale LLP ("<u>Armstrong Teasdale</u>") and am duly authorized to make this Declaration on behalf of Armstrong Teasdale.  I make this Declaration in support of the Application of the Debtors and Debtors in Possession, Pursuant to Sections 327(a) and 329(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and

---

[1]     This Declaration is also generally consistent with the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013, issued by the Executive Office for United States Trustees (the "<u>United States Trustee Guidelines</u>").

2016(b) and Local Bankruptcy Rules 2014(A) and 2016-1, for an Order Authorizing Debtors to

Retain and Employ Armstrong Teasdale LLP as Counsel, Effective as of the Petition Date (the

"Application").[2]

       3.     The facts set forth in this Declaration are personally known to me and, if

called as a witness, I could and would testify thereto.

### Armstrong Teasdale's Qualifications

       4.     Armstrong Teasdale is well qualified to serve as the Debtors' counsel in

these chapter 11 cases. Armstrong Teasdale is one of the leading commercial law firms in the

Midwest, and serves a dynamic national and international client base. Armstrong Teasdale has

substantial experience in virtually all aspects of the law that may potentially arise in these chapter

11 cases, including bankruptcy, environmental, corporate, international, employee benefits,

finance, intellectual property, labor and employment, litigation, mergers and acquisitions, real

estate, securities and tax.

       5.     Armstrong Teasdale's restructuring practice group consists of

approximately 20 attorneys practicing in offices in Missouri, Illinois, Kansas, and Nevada.

Armstrong Teasdale's restructuring lawyers have played significant roles in a wide array of

chapter 11 cases, including those of Peabody Energy Corporation; Patriot Coal Corp.; Abengoa

Bioenergy US Holding, LLC; Global Computer Enterprises; Apex/Clark Oil/Copper Mountain;

Union Financial Services Group, Inc.; US Fidelis Inc.; Smurfit-Stone Container Corp.; National

Steel; Thermadyne Holdings Corporation; Digital Teleport; Galaxy Cable; Bridge Information

Systems, Inc., Laclede Steel Company; Jones Truck Lines; Payless Cashways; Interco;

---

[2]     Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

Transworld Airlines; Traffic Control Company; lendnetwork.com; Wehrenberg Inc.; Pharmor; and Foxmeyer.

        6.      Armstrong Teasdale is also familiar with the Debtors' businesses and financial affairs, and will contribute greatly as local restructuring counsel to aid in the efficient administration of the Debtors' estates.  Armstrong Teasdale's professionals have become well acquainted with the Debtors' history, business operations, capital and corporate structure and related matters.  Accordingly, Armstrong Teasdale has developed substantial knowledge regarding the Debtors that will result in effective and efficient services in these chapter 11 cases.

### Services to Be Provided by Armstrong Teasdale

        7.      The Debtors have requested that Armstrong Teasdale render, to the extent necessary, the following legal services in connection with these chapter 11 cases:

      (a)      providing legal advice with respect to the Company's powers and duties as debtors-in-possession in the continued operation of its business and management of its properties;

      (b)      attending meetings and negotiating with representatives of creditors and other parties in interest and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative requirements of operating in chapter 11;

      (c)      taking necessary action to protect and preserve the Company's estates, including the prosecution of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the estates;

      (d)      preparing and prosecuting on behalf of the Company's motions, applications, answers, orders, reports and papers necessary to the administration of the estates;

      (e)      advising and assisting the Company with respect to restructuring alternatives, including preparing and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure statement;

      (f)      appearing in Court and protecting the interests of the Company before the Court; and

(g)    performing all other legal services for the Company which may be necessary and proper in these cases.

### Compensation and Fee Applications

8.    Pursuant to the terms of the Engagement Letter, and subject to the Court's approval of the Application, Armstrong Teasdale intends to:  (a) charge for its legal services on an hourly basis in accordance with the ordinary and customary hourly rates in effect on the date services are rendered; and (b) seek reimbursement of actual and necessary out-of-pocket expenses.[3]

9.    Armstrong Teasdale will be compensated at its standard hourly rates, which are based on the professionals' level of experience.  At present, the standard hourly rates charged by Armstrong Teasdale range as follows:

| Billing Category | U.S. RANGE |
|---|---|
| Partners | $335 - $660 |
| Of Counsel | $300 - $575 |
| Associates | $225 - $405 |
| Paralegals | $110 - $305 |
| Law Clerks | $200 - $235 |

10.    The names, positions, resident offices and current hourly rates of those Armstrong Teasdale lawyers currently expected to spend significant time on these chapter 11 cases are attached as Schedule 3 hereto.  Armstrong Teasdale's hourly fees are comparable to those charged by attorneys of similar experience and expertise for engagements of scope and

---

[3]    The hourly rates charged by Armstrong Teasdale professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident.  Armstrong Teasdale does not adjust the billing rates of its professionals based on the geographic location of a bankruptcy case or other matter.

complexity similar to these chapter 11 cases.  Further, I believe that Armstrong Teasdale bankruptcy professionals are subject to the same client-driven market forces, scrutiny and accountability as its professionals in non-bankruptcy engagements.  For all of these reasons, Armstrong Teasdale's rates are reasonable and favorable to the Debtors' estates.[4]

11.    Armstrong Teasdale will maintain detailed, contemporaneous time records in six-minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any additional procedures that may be established by the Court in these chapter 11 cases.[5]  In addition, Armstrong Teasdale understands that interim and final fee awards are subject to approval by this Court.

### Disclosure Concerning Disinterestedness

12.    The Debtors have provided Armstrong Teasdale with a list of the names (collectively, the "Interested Parties") of individuals or institutions in the following categories: (a) the Debtors and affiliates; (b) current and former officers and directors of the Debtors; (c) banking relationships of the Debtors; (d) bankruptcy judges for the Eastern District of Missouri; (e) insurers of the Debtors; (f) landlords of the Debtors; (g) the largest customers of the Debtors; (h) lenders to the Debtors; (i) litigants against the Debtors; (j) the Debtors professionals; (k) the non-Debtors professionals; (l) major equity holders of the Debtors; (m) Governmental regulatory agencies; (n) vendors of the Debtors; (o) the fifty largest unsecured creditors of the Debtors; (p) unions with contracts with the Debtors; (q) other significant creditors of the Debtors;

---

[4]    Like many of its peer law firms, Armstrong Teasdale increases the hourly billing rate of attorneys and paraprofessionals periodically in the form of step increases in the ordinary course on the basis of advancing seniority and promotion.  The step increases do not constitute "rate increases" (as the term is used in the United States Trustee Guidelines).

[5]    In applying to the Court for payment of compensation and reimbursement of expenses, Armstrong Teasdale will also make reasonable efforts to comply with the United States Trustee Guidelines.

(r) significant competitors of the Debtors; (s) attorneys for the U.S. Trustee; (t) utilities of the Debtors; and (u) shippers to and warehousemen for the Debtors.  The identities of the Interested Parties are set forth on Schedule 1 hereto.

13.    To check and clear potential conflicts of interest in these cases, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, Armstrong Teasdale researched its client database for the past two years to determine whether it had any relationships with the Interested Parties.  Armstrong Teasdale began running conflict checks on the parties in interest in March 2017 and continued to run conflict checks thereafter as new parties in interest were identified.  To the extent that Armstrong Teasdale's research of its relationships with the Interested Parties indicates that Armstrong Teasdale has represented in the past two years, or currently represents, any of these entities in matters unrelated to these chapter 11 cases, the identities of these entities and such entities' relationship to the Debtors and connection to Armstrong Teasdale are set forth in Schedule 2 hereto.

14.    To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Armstrong Teasdale nor any partner, associate or other professional thereof has any connection with the Debtors, their creditors, the United States Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below and in Schedule 2 hereto.

15.    Armstrong Teasdale has not, does not and will not represent any entity other than the Debtors in these chapter 11 cases.

16.     Prior to the Petition Date, Armstrong Teasdale performed certain legal services for certain of the Debtors, as described herein and in the Application.   After the completion of any necessary adjustments to the amount and application of the Retainer proceeds, the Debtors will not owe Armstrong Teasdale any amount for services performed prior to the Petition Date.  Armstrong Teasdale has more than 230 attorneys in ten offices around the world. It is possible that certain Armstrong Teasdale attorneys or employees hold interests in mutual funds or other investment vehicles that may own the Debtors' securities or the securities of entities that own the Debtors' securities.

**Armstrong Teasdale Is a Disinterested Person**

17.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, Armstrong Teasdale is a "disinterested person," as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code, in that:  (a) Armstrong Teasdale has no connection with the Debtors, their creditors, the United States Trustee, any person employed in the office of the United States Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth herein; (b) Armstrong Teasdale is not a creditor, equity security holder or insider of the Debtors; (c) no Armstrong Teasdale partner, associate or other professional is, or was within two years of the Petition Date, a director, officer or employee of the Debtors; and (d) Armstrong Teasdale neither holds nor represents an interest materially adverse to the Debtors or their estates.

18.     Despite the efforts described above to identify and disclose connections with parties in interest in these cases, because the Debtors are a large enterprise with hundreds of creditors and other relationships, and because Armstrong Teasdale is an international firm with more than 230 attorneys in ten offices, Armstrong Teasdale is unable to state with certainty that

every client representation or other connection of Armstrong Teasdale has been disclosed.  In this regard, if Armstrong Teasdale discovers additional information that requires disclosure, Armstrong Teasdale will file supplemental disclosures with the Court.

19.    In the event that Armstrong Teasdale's representation of the Debtors in connection with any matter in these chapter 11 cases would result in it becoming adverse to a party in interest that gives rise to a professional conflict, the Debtors shall retain separate counsel to represent their interests with respect to such matter against such party.

### Statement Regarding United States Trustee Guidelines

20.    Armstrong Teasdale intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, Local Bankruptcy Rules, and any other applicable procedures and orders of the Court.  As it has done in connection with the Application, Armstrong Teasdale also intends to make a reasonable effort to comply with the United States Trustee's requests for information and additional disclosures as set forth in the United States Trustee Guidelines in connection with the interim and final fee applications to be filed by Armstrong Teasdale in these chapter 11 cases.

21.    The following information is provided in response to the request for additional information set forth in Paragraph D.1 of the United States Trustee Guidelines:

| | |
|---|---|
| **Question:** | Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? |
| **Response:** | No.  The hourly rates Armstrong Teasdale will bill for this engagement are consistent with the rates that Armstrong Teasdale charges other comparable chapter 11 clients, and the rate structure provided by Armstrong Teasdale is appropriate and is not significantly different from (a) the rates that Armstrong Teasdale |

charges in other non-bankruptcy representations or (b) the rates of other comparably skilled professionals for similar engagements.

**Question:**      Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

**Response:**      No.

**Question:**      If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Response:**      N/A

**Question:**      Has your client approved your prospective budget and staffing plan, and, if so, for what budget period?

**Response:**      In connection with these chapter 11 cases, Armstrong Teasdale and the Debtors developed a budget and staffing plan that reflects (a) the estimated number of hours and amount of fees that Armstrong Teasdale will expend on the Debtors' chapter 11 cases during the first three months after the Petition Date and (b) the estimated type and number of Armstrong Teasdale professionals and paraprofessionals needed to successfully represent the Debtors during the first three months after the Petition Date (the "Budget and Staffing Plan"). The Debtors approved the Budget and Staffing Plan. The Debtors recognize, however, that in the course of large chapter 11 cases such as these, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Armstrong Teasdale. As these chapter 11 cases continue to develop, the Debtors and Armstrong Teasdale will work

together to revise the Budget and Staffing Plan
as needed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.


Dated:  April 4, 2017                              Respectfully submitted,
        St. Louis, Missouri


                                                   /s/     *Steven N. Cousins*
                                                   Steven N. Cousins, MO 30788
                                                   Armstrong Teasdale LLP
                                                   7700 Forsyth Boulevard, Suite 1800
                                                   St. Louis, MO  63105
                                                   Telephone: (314) 621-5070
                                                   Facsimile:  (314) 612-2239
                                                   Email:  scousins@armstrongteasdale.com

# Schedule 1

## Interested Parties

**DEBTORS AND DEBTORS' AFFILIATES**
BACATE CIA. LTDA
CLINCH, LLC
COLLECTIVE BRANDS CAYMAN FINANCE,
LIMITED
COLLECTIVE BRANDS CAYMAN FINANCE,
LIMITED II
COLLECTIVE BRANDS COOPERATIEF
U.A.COLLECTIVE BRANDS FRANCHISING
SERVICES, LLC
COLLECTIVE BRANDS HOLDINGS, LIMITED
COLLECTIVE BRANDS II COOPERATIEF U.A
COLLECTIVE BRANDS INTERNATIONAL
FRANCHISING, LLC (F.K.A COLLECTIVE
    BRANDS PHILIPPINES FRANCHISING, LLC)
COLLECTIVE BRANDS INTERNATIONAL
HOLDINGS LIMITED I
COLLECTIVE BRANDS INTERNATIONAL
HOLDINGS, LIMITED II
COLLECTIVE BRANDS LOGISTICS LIMITED
COLLECTIVE BRANDS LOGISTICS, LIMITED
    TAIWAN BRANCH
COLLECTIVE BRANDS SERVICES VIETNAM
    COMPANY LTD,
COLLECTIVE BRANDS SERVICES, INC.
    (FORMALLY PSS DELAWARE COMPANY 3,
    INC.)
COLLECTIVE BRANDS SERVICES, LIMITED
COLLECTIVE BRANDS SERVICES, LIMITED
    TAIWAN BRANCH
COLLECTIVE FRANCHISING, LTD.
COLLECTIVE INDONESIA FRANCHISING, LLC
COLLECTIVE LICENSING INTERNATIONAL,
    LLC
COLLECTIVE LICENSING, LP (F/K/A
    COLLECTIVE INTERNATIONAL, LP)
DYNAMIC ASSETS LIMITED
    DYNAMIC ASSETS LIMITED
REPRESENTATIVE OFFICE
EASTBOROUGH, INC.
IMPORT SOLUTIONS DE MEXICO, S, DE R.L D
    C.V
LIFESTYLE BRANDS CORPORATION
MARQUE GROUP USA, LLC
PANAMA SEM BRANCH
PAYLESS ASIA SOURCING
PAYLESS CA MANAGEMENT LTD.
PAYLESS CO MANAGEMENT LTD.
PAYLESS COLLECTIVE GP, LLC
PAYLESS COLUMBIA (BVI) HOLDINGS, LTD
PAYLESS CONTROLADORA S.A DE C.V.
PAYLESS FINANCE, INC.
PAYLESS GOLD VALUE CO, INC. (FORMALLY
PAYLESS GOLD VALUE WY, INC.)

PAYLESS HOLDINGS LLC
PAYLESS INC.
PAYLESS INDIA FRANCHISING, LLC
PAYLESS INTERMEDIATE HOLDINGS LLC
PAYLESS INTERNATIONAL FINANCE B.V.
PAYLESS INTERNATIONAL FRANCHISING, LLC
    (F/K/A COLLECTIVE SOURCING SERVICES,
    LC)
PAYLESS NETHERLANDS HOLDING, LLC
PAYLESS NYC, INC. (FORMALLY PSS LABOR
    LEASING, INC.)
PAYLESS PURCHASING SERVICES, INC.
PAYLESS SERVICIOS S.A DE C.V
PAYLESS SHOES PTY LTD
PAYLESS SHOESOURCE (BARBADOS) SRL
PAYLESS SHOESOURCE (BARBADOS) SRL
    ANTIGUA BRANCH
PAYLESS SHOESOURCE (BARBADOS) SRL
    GRENADA BRANCH
PAYLESS SHOESOURCE (BARBADOS) SRL ST
    LUCIA BRANCH
PAYLESS SHOESOURCE (BARBADOS) SRL ST.
    VINCENT BRANCH
PAYLESS SHOESOURCE (BVI) HOLDINGS, LTD
PAYLESS SHOESOURCE (PANAMA) S.A.
PAYLESS SHOESOURCE ANDEAN HOLDINGS
PAYLESS SHOESOURCE AU HOLDINGS PTY
    LTD
PAYLESS SHOESOURCE CANADA GP INC.
PAYLESS SHOESOURCE CANADA INC.
PAYLESS SHOESOURCE CANADA LP
PAYLESS SHOESOURCE DE GUATEMALA LTDA
PAYLESS SHOESOURCE DE LA REPUBLICA
    DOMINICANA
PAYLESS SHOESOURCE DISTRIBUTION, INC.
PAYLESS SHOESOURCE DOMINICA LTD.
PAYLESS SHOESOURCE ECUADOR CIA LTDA
PAYLESS SHOESOURCE HONDURAS S. DE R.L:
PAYLESS SHOESOURCE INTERNACIONAL
    SERVICIOS TECHNICOS E INSPETORIA DE
    CALCADOS S/C LTDA
PAYLESS SHOESOURCE INTERNATIONAL
    LIMITED (SHENZHEN) DONGGUAN
    BRANCH
PAYLESS SHOESOURCE INTERNATIONAL
    LIMITED (SHENZHEN) GUANGZHOU
    BRANCH
PAYLESS SHOESOURCE INTERNATIONAL
    LIMITED (SHENZHEN) SHANGHAI BRANCH
PAYLESS SHOESOURCE INTERNATIONAL
    LIMITED (SHENZHEN) XIAMEN BRANCH
PAYLESS SHOESOURCE JAMAICA LIMITED
PAYLESS SHOESOURCE LIMITADA

PAYLESS SHOESOURCE LIMITADA Y
    COMPANIDA LIMITADA (NICARAGUA)
PAYLESS SHOESOURCE MERCHANDISING, INC.
PAYLESS SHOESOURCE OF EL SALVADOR
    LTDA. DE C.V
PAYLESS SHOESOURCE OF PUERTO RICE, INC.
PAYLESS SHOESOURCE OF ST. LUCIA, LTD
PAYLESS SHOESOURCE OVERSEAS S.R.L
PAYLESS SHOESOURCE PERU HOLDING, S.L.
PAYLESS SHOESOURCE PERU S.R.L
PAYLESS SHOESOURCE PSS DE COLUMBIA
    S.A.S (FORMERLY LTDA)
PAYLESS SHOESOURCE SAIPAN, INC.
PAYLESS SHOESOURCE SPAIN LICENSING
PAYLESS SHOESOURCE SPAIN, S.L
PAYLESS SHOESOURCE ST. KITTS. LTD.
PAYLESS SHOESOURCE TRINIDAD UNLIMITED
PAYLESS SHOESOURCE URUGUAY SRL
PAYLESS SHOESOURCE WORLDWIDE, INC.
PAYLESS SHOESOURCE, INC.
PAYLESS SHOESOURCE, S.A DE CV
PAYLESS SOURCING LLC
PAYLESS SRL
PSS CANADA, INC.
PSS DELAWARE COMPANY 4 INC.
PSS HOLDINGS
PSS INTERNATIONAL HOLDINGS, LIMITED
PSS INVESTMENTS I, INC.
PSS INVESTMENTS III, INC.
PSS LATIN AMERICA HOLDINGS
PSS URUGUAY SRL
SHENZHEN FOOTWEAR CONSULTING
    COMPANY
SHOE SOURCING, INC.
WBG-PSS HOLDINGS LLC
ZURIVIDES CIA, LTDA

**DEBTORS' OFFICERS, DIRECTORS AND
MANAGEMENT**
AMKRAUT, BRIAN
ANDERSON, CHRISTOPHER
ATTENBOROUGH, NEALE
AVERETT, TODD
BECK, CHRISTOPHER
BEFFORT, CRIS R.
BRUENNIG, ROBERT C.
BRUNTON, BRAD
BUGARA, BRIAN
BURK, SALLY J.
CARROLL, ROBERT M.
CHUNG, DAVID
CLICK, BETTY J.
COHEN, JOSHUA
COKER, DARREN
CREMENS, CHARLES H.
DECKER, RANDALL
DESANTIS, VINCENT P.
DONOHOO, ROBERT C.
GISH, STEPHEN J.

GIUSTO, PHILLIP
GOLDBACH, RALPH
GOOLSBY, JO
GRUNERT, HEATHER
HADDOCK, DARREN
HANSEN, NEIL G.
HECK, MICHAEL D.
HILL, ALLEN
HITCH, LORRAINE
JEFFERY, MARK
JONES, W. PAUL
JUNGER, ELLEN
KAPCAR, BRADLEY
KOEPKE, CAROL
KRISTIANSEN, SUSAN B.
KUANG FU, DAVID LEE
LANE, LORELEI
LANTERMAN, KIMBERLY S.
LAURO, JEFFREY A.
MADSEN, GARY C.
MAY, MARK A.
MCBREEN, MICHAEL
MENDELSOHN, MARK
MILTON, DAVID
OETGEN, STEPHEN D.
OLSHANSKY, JOSHUA
PAAKANEN, MARK
PALMER-EASON, RAMONA G.
PASCALAR, CHARLES
PATTON, STEPHEN L.
PERDIC, CAROL
PERSINGER, JR., JAMES D.
PETERSON, VIRGINIA
PFANNENSTIEL, BRUCE
PRYOR, BRUCE
RACKERS, CHRISTOPHER
RIVERA SR., MICHAEL R.
SCHWINDLE, MICHAEL C.
TESSENDORF, REX A.
THOMAS, JAMES K.
TIETJEN, LAURIE L.
TREFF, DOUGLAS J.
TRUPP, ANDREA K.
UNDERHILL, BONITA
VITELLI, MICHAEL A.
WANG, TSUNG-YUAN (JACK)
WESTLEY, PETER
WILGRIST NOMINEES LIMITED
WILSON, KESHIA
ZENTNER, ARLEN R.
ZIGULICH, DANIEL

**BANKING RELATIONSHIPS**
ALAMOSA NATIONAL BANK
ALL AMERICA BANK
ALLIANCE BANK
ALPINE BANK AND TRUST
AMERICAN BANK
AMERICAN BANK OF TEXAS

| | |
|---|---|
| AMERICAN GATEWAY BANK | FIRST COLUMBIA BANK |
| AMERICAN NATIONAL BANK | FIRST COMMONWEALTH BANK |
| AMERICAN SAVINGS | FIRST CONVENIENCE |
| AMERIS BANK | FIRST FINANCIAL BANK |
| ARVEST BANK | FIRST KANSAS BANK |
| BANCO POPULAR | FIRST MIDWEST BANK |
| BANCO POPULAR - VIRGIN ISLANDS | FIRST NATIONAL |
| BANCO SANTANDER | FIRST NATIONAL BANK |
| BANCORP SOUTH | FIRST NATIONAL BANK FREDERICKSBURG |
| BANGOR SAVINGS BANK | FIRST NATIONAL BANK OF ALAMOGORDO |
| BANK OF AMERICA | FIRST NATIONAL BANK OF CRESTVIEW |
| BANK OF HAWAII | FIRST NATIONAL BANK OF DURANGO |
| BANK OF HAWAII - GUAM | FIRST NATIONAL BANK PA |
| BANK OF HAWAII - SAIPAN | FIRST NBC BANK |
| BANK OF OKLAHOMA | FIRST STATE BANK |
| BANK OF THE INTERNET | FIRST STATE BANK OF RED WING |
| BANK OF THE WEST | FIRST SUMMIT BANK |
| BANKPLUS | FIRST TENNESSEE |
| BENEFICIAL BANK | FIRST UNITED |
| BERKSHIRE BANK | FROST BANK |
| BOONE COUNTY NATIONAL BANK | FT DAVIS STATE BANK |
| BRANCH BANKING AND TRUST COMPANY | FULTON BANK OF NEW JERSEY |
| BROADWAY BANK | GUARANTY BANK AND TRUST |
| CAMDEN NATIONAL BANK | GUARANTY BOND BANK |
| CAPITAL CITY BANK | HANCOCK BANK |
| CAPITAL ONE | HARRIS |
| CENTIER BANK | HERRING BANK |
| CENTRAL BANK | HONESDALE NATIONAL BANK |
| CENTRAL NATIONAL BANK | HUNTINGTON NATIONAL |
| CENTRAL SAVINGS BANK | INTER NATIONAL BANK |
| CHEMICAL BANK | INTERNATIONAL BANK OF COMMERCE |
| CHILLICOTHE STATE BANK | INTRUST BANK-NORTH |
| CITIBANK | JEFFERSON BANK OF MISSOURI |
| CITIZENS | JPMORGAN CHASE |
| CITIZENS FIRST NAT'L BANK | KEY BANK |
| CITIZENS NATIONAL BANK | LABETTE BANK |
| CITIZENS SECURITY BANK | LAKE CITY BANK |
| CITIZENS STATE BANK | LAKE REGION BANK |
| CLINTON NATIONAL BANK | LAKE SUNAPEE BANK |
| COLUMBIA STATE BANK | LAPORTE SAVINGS BANK |
| COMMERCE | LIBERTY BANK OF ARKANSAS |
| COMMUNITY BANK | MANUFACTURERS & TRADERS |
| COMMUNITY NATIONAL BANK | MIDFIRST BANK |
| COMMUNITY NATIONAL BANK & TRUST | MIDLAND STATES BANK |
| COMPASS | MUTUAL BANK |
| COREFIRST BANK | NBT BANK |
| CROSSROADS BANK | NEWTOWN SAVINGS BANK |
| DOLLAR BANK | NORTHCOUNTRY FEDERAL CREDIT UNION |
| EASTERN SAVINGS BANK | NORTHWEST SAVINGS BANK |
| EASTMAN NATIONAL BANK | PARKWAY BANK |
| ELMIRA SAVINGS BANK | PENNSTAR BANK |
| ENTERPRISE BANK & TRUST CO. | PEOPLES BANK |
| FARMERS BANK & TRUST | PIONEER NATIONAL BANK |
| FIDELITY BANK | PNC |
| FIFTH THIRD | PROSPERITY BANK |
| FIRST AMERICAN BANK | PS BANK |
| FIRST BANK KANSAS | REGIONS |
| FIRST CITIZENS | S & T BANK |
| FIRST CITIZENS BANK OF BUTTE | SABINE STATE BANK AND TRUST |

SACO & BIDDEFORD SAVINGS
SALEM FIVE
SALEM FIVE BANK
SANTANDER
SIMMONS FIRST BANK
SIMMONS FIRST NATIONAL
SOUTHERN BANCORP
STAR FINANCIAL BANK
SUMMIT BANK
SUN NATIONAL BANK
SUNFLOWER BANK
SUNTRUST BANK
TCF BANK
TD BANK
TEXAS BANK
THE CITIZENS BANK
THE PRIVATEBANK
TOWN & COUNTRY BANK
TRI-COUNTIES BANK
TRUSTCO BANK
TRUSTMARK
U.S. BANK N.A.
UMB BANK
UNION BANK
UNITED BANK
UNITED COMMUNITY BANK
UNITED NATIONAL
US ALLIANCE FEDERAL CREDIT UNION
US BANK
WASHINGTON FINANCIAL BANK
WAYNE BANK
WELLS FARGO BANK, N.A.
WELLS FARGO SECURITIES, LLC
WESBANCO BANK
WOODFOREST NATIONAL BANK
ROYAL BANK OF CANADA
BANK OF MONTREAL (CANADA)
CANADIAN IMPERIAL (CANADA)
NOVA SCOTIA (CANADA)
TORONTO DOMINION (CANADA)

**UNITED STATES BANKRUPTCY JUDGES FOR
THE EASTERN DISTRICT OF MISSOURI**
BARRY S. SCHERMER
CHARLES E RENDLEN III
CHIEF JUDGE KATHY SURRATT-STATES

**INSURERS**
ACE AMERICAN
ACE AMERICAN INSURANCE COMPANY
ACSA
AGCS MARINE INSURANCE COMPANY
    (ALLIANZ)
AIG
AIG AUSTRALIA LIMITED
ALLIANZ (FIREMAN'S FUND)
ALLIED WORLD ASSURANCE CO.
ARCH
ARGO

ASA COMPANIA DE SEGUROS
ASEGURADORA GENERAL, S.A.
ASEGURADORA MUNDIAL
ASEGURADORA PARAGUAYA
ASPEN
ASSA
AWAC
AXIS INSURANCE COMPANY
BCIC
BEAZLEY
C.N.A
CARIBBEAN ALLIANCE
CBU INSURANCE
CHARTIS (NATIONAL UNION FIRE)
CHINA PACIFIC
CHINA PACIFIC PROPERTY INSURANCE CO.,
    LTD. SHANGHAI BRANCH
EL ROBLE
ENDURANCE
EQUINOCCIAL
FEDERAL INSURANC CO.
FEDERAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
    (CHUBB GROUP OF INSURANCE
    COMPANIES)
FICHOSA
GENERAL ACCIDENT INSURANCE
GENERALI
GREAT AMERICAN
GREAT AMERICAN INSURANCE COMPANY
GUARDIAN GENERAL
INS
LA CENTRO AMERICANA
LA COLONIAL
LIBERTY MUTUAL
MASSEY UNITED
MITSUI
MSIG MINGTAI INSURANCE CO., LTD.
NATIONAL UNION FIRE INS. CO.
NATIONAL UNION FIRE INS. CO. (AIG)
NATIONAL UNION FIRE INS. CO. (AIG)
INCLUDES FOREIGN
NATIONAL UNION FIRE INSURANCE CO
NAVIGATORS
PACIFIC INDEMNITY INS. CO.
PICC
RIMAC
RLI INSURANCE COMPANY
RSA
RSA (ROYAL & SUN ALLIANCE SEGUROS
    COLOMBIA SA)
SAFECO INSURANCE COMPANY OF AMERICA
SEGUROS AMERICA
SEGUROS ATLANTIDA
SEGUROS EQUINOCCIAL
SEGUROS G&T
SEGUROS SURA
SEGUROS UNIVERSAL

SUREAMERICANA
TRAVELERS CASUALTY & SURETY
TRINRE
VERO
WESTCHESTER FIRE INSURANCE CO (ACE)
XL
XL INSURANCE CO.
XL SPECIALTY INSURANCE CO.
XL SPECIALTY INSURANCE COMPANY
ZURICH
ZURICH AMERICAN INS. CO.
ZURICH CANADA

**LANDLORDS**
0511 SIMON PROPERTY GROUP (TX)
107-19 LEASEHOLD LLC
110 WEST 34TH STREET REALTY ASSOC.
162-11 JAMAICA AVE REALTY ASSN
1713 CORP.
187 BROADWAY OWNER LLC
21-25 GRAHAM AVE LLC
214 W. 125TH ST. PSS, LLC
2157 86TH STREET LLC
2248 THIRTY FIRST STREET LLC
2546 SIMON PROP. GRP. (TX) LP
2810 NEWPORT CENTRE LLC
2902 THIRD AVENUE LLC
34TH ST PENN ASSOCIATION LLC
3632 MALL AT SMITH HAVEN LLC
429-441 86TH STREET LLC
461 FULTON L.P.
4666 SHOPPING CENTER ASSOC.
4832 SIMON PROPERTY GROUP, INC.
52 EAST 170TH STREET REALTY CORP
702 BRIGHTON BEACH AVENUE
716 LEXINGTON AVENUE LLC
82ND ST JACKSON HEIGHTS LLC
ALBMIN REALTY CO
ALEXANDERS INC.
ATLANTIC CITY ASSOC #2 (S-1) LLC
BATTLEFIELD MALL LLC
BAY PLAZA COMMUNITY CENTER
BAYBROOK MALL LLC
BRE PEARLRIDGE LLC #4427
BRE SKYVIEW RETAIL OWNER LLC
BRIXMOR PROPERTY GROUP INC.
BROOKFIELD ASSET MANAGEMENT INC.
BROOKLYN KINGS PLAZA LLC
BTM DEVELOPMENT PARTNERS LLC
CA NEW PLAN FIXED RATE PARTNERSHIP LP
CAMBRIDGESIDE PARTNERS LLC
CBL & ASSOCIATES PROPERTIES INC.
CHERRY HILL CENTER LLC
CIRCLE CENTRE MALL LLC
CLACKAMAS MALL LLC
CORAL - CS/LTD ASSOCIATES
CORONADO CENTER LLC
DANBURY FAIR MALL LLC
DC USA OPERATING CO LLC

DEL AMO FASHION CENTER OPERATING CO
DELANCEY NORFOLK LLC
DOLPHIN MALL ASSOCIATES LLC
DSRG - LAGUNA CROSSROADS
DYCKMAN SRP LLC
EAST MESA MALL LLC
EASTON GATEWAY LLC
EATONTWON MONMOUTH MALL LLC
EKLECCO NEWCO LLC
FC HANSON ASSOC. LLC
FIRST COLONY MALL LLC
FIRST COLONY MALL LP
FLAGLER SC LLC
FLORIDA MALL ASSOCIATES LTD
FORDHAM GRAND LLC
FREEMALL ASSOCIATES LLC
GENERAL GROWTH PROPERTIES INC.
GEORGETOWNE CENTER BROOKLYN LLC
GGP STATEN ISLAND MALL LLC
GGP TUCSON MALL LLC
GLIMCHER PROPERTIES LP
HG GALLERIA LLC
HNC CAPITAL LLC
HNC CAPITAL MANAGEMENT
HYLAN PLAZA 1339 LLC
IRAMCO REALTY & MGMT., INC.
J & S TELLERMAN LLC
J.W. MAYS, INC.
JG ELIZABETH II LLC
JOCEE REALTY CORP
JOSEPH P. DAY REALTY CORP., AS AGENT
KB PROPERTY MANAGERS LLC
LAKE SUCCESS SHOPPING CENTER LLC
LAVALE ASSOCIATES II LLC
LEON HARARY, INC.
LIT FINANCE II LP
LYLA ASSOCIATES LLC
MACERICH CO.
MACERICH LAKEWOOD LP
MACERICH WESTSIDE PAVILION PROP LLC
MALL AT INGRAM PARK LLC
MALL AT LEHIGH VALLEY LP
MALL AT MIAMI INTERNATIONAL LLC
MALL AT MONTGOMERY LLC
MALL AT POTOMAC MILLS LLC
MALL DEL NORTE LLC
MAPLEWOOD MALL LLC
MAYFAIR MALL INC.
MAYFAIR MALL LLC
MEMORIAL CITY MALL, LP
METRONATIONAL CORP.
MIDWOOD MANAGEMENT CORP
MOAC MALL HOLDINGS LLC
TAUBMAN CENTERS INC.
MYJO DEVELOPMENT CORPORATION
OAK PARK MALL LLC
PARK PLACE MALL
PARKCHESTER PRESERVATION COMPANY LP

PARKCHESTER PRESERVATION MANAGEMENT LLC
PENNSYLVANIA REAL ESTATE INVESTMENT TRUST
PLAZA AT JORDAN LANDING LLC
PLAZA BONITA LLC
PLAZA CAROLINA MALL LP
PLAZA LAS AMERICAS INC
PLAZA WEST COVINA LP
PORT OF SALE
POUGHKEEPSIE GALLERIA LLC
PRIMESTOR CFIC/CG LLC
PYRAMID WALDEN COMPANY LP
QUEENS CENTER SPE LLC
REALTY INCOME CORP.
REGO II BORROWER LLC
RICH-TAUBMAN ASSOCIATES
ROBERT L. COLEMAN, TRUSTEE
RREEF AMERICA REIT II CORP UU
SDG DADELAND ASSOCIATES INC
SIMON PROPERTY GROUP INC.
SL GREEN REALTY CORP.
SOUTHLAKE INDIANA LLC
SOUTHLAND MALL LP
SOUTHRIDGE LP
STAR WEST CHICAGO RIDGE LLC
STAR WEST JV LLC FBO WESTLAND MALL LLC
SUNRISE MILLS (MLP) LTD PARTNERSHIP
SUNRISE MILLS LTD. PARTNERSHIP
TAU OPERATING PARTNERSHIP LP
TAUBMAN AUBURN HILLS ASSOC LP
TBG STATE STREET, LLC
THE CONNECTICUT POST LIMITED PARTNERSHIP
THE CROSSROADS MALL
THE MALL IN COLUMBIA BUSINESS TR.
THE WOODLANDS MALL ASSOCIATES
THREE SIXTY SEVEN  LLC
TOWSON TC LLC
TRIANGE EQUITIES INC.
TRIANGLE EQUITIES JUNCTION LLC
UE 839 NEW YORK AVENUE LLC
UE BERGEN MALL OWNER LLC
URBAN EDGE CAGUAS LP
URBAN EDGE PROPERTIES
VALLEY PLAZA MALL LP
VALLEY STREAM GREEN ACRES LLC
WARWICK MALL LLC
WEA PALM DESERT LLC
WEA SOUTHCENTER LLC
WEST COUNTY MALL CMBS LLC
WESTWARD REALTY LLC
WHEATON PLAZA REGIONAL S/C LLC
WILLOWBROOK MALL LP
WP GLIMCHER INC.

**LARGEST CUSTOMERS**
COLLECTIVE FRANCHISING LTD

PAYLESS SHOESOURCE PSS DE COLOMBIA S.A.S
PAYLESS SRL
FOOTWEAR SPECIALTY RETAILERS, INC
AUSTRALIA PAYLESS SHOESOURCE
PT PUTRA AGUNG LESTARI
PAYLESS SHOESOURCE PERU S.R.L.
PAYLESS SHOESOURCE DE LA REP. DOM. SRL DE LA REPUBLICA DOMINICANA, S.R.L.
PAYLESS SHOESOURCE OF TRINIDAD UNLIMITED
PSS URUGUAY SRL
PAYLESS SHOESOURCE DE GUATEMALA LIMITADA
PAYLESS INDIA FRANCHISING, L.L.C.
PAYLESS SHOESOURCE OF HONDURAS S DE RL S. DE R.L.
PAYLESS SHOESOURCE LTDA.
PAYLESS SHOESOURCE (PANAMA) S.A.
PAYLESS SHOESOURCE LTDA Y COMPAÑIA LTDA Y COMPAÑIA LTDA. (NICARAGUA)
ALSHAYA TRADING COMPANY WLL
CHAMPION EUROPE SPA
PAYLESS SHOESOURCE OF EL SALVADOR LTDA.
RELIANCE CLOTHING INDIA PRIVATE LIMITED
ROBINSON DEPARTMENT STORE PUBLIC CO., LTD
PAYLESS SHOESOURCE OF JAMAICA C/O OF GT.
SAINT LOUIS GALLERIA LLC
RELIANCE RETAIL LIMITED
OAKWOOD HILLS MALL, LLC
DURHAM HOLDINGS LIMITED C/O RIOCAN ESTATE INVESTMENT TRUST
MADISON/EAST TOWNE, LLC CBL & ASSOCIATES MANAGEMENT, INC.
VCG - SOUTHBAY PAVILION, LLC
GS PACIFIC RETAIL ER LLC C/O PACIFIC RETAIL CAPITAL PARTNERS
WRI CHARLESTON COMMONS, LLC
AL ZWETINA GENERAL TRADING LLC
PAYLESS SHOESOURCE (BARBADOS) SRL-LC BR
COASTLAND CENTER, LLC.
PAYLESS SHOESOURCE DOMINICA LTD
PAYLESS SHOESOURCE (BARBADOS) SRL
PAYLESS SHOESOURCE (BARBADOS) SRL-VC BR
PAYLESS SHOESOURCE (BARBADOS) SRL-GD BR
PAYLESS SHOESOURCE (BARBADOS) SRL-AG BR
PAYLESS SHOESOURCE (BVI) HOLDING, LTD
SHOE SOURCE INTERNATIONAL
E-MART INC
PAYLESS SHOESOURCE ST KITTS, LTD
PAYLESS SHOESOURCE ANDEAN HOLDINGS
SPRINGFIELD EAGLES CHARITIES INC

NORTH HAVEN HOLDINGS LIMITED
PARTNERSHIP C/O NATIONAL REALTY &
    DEVELOPMENT
OHIO NEWSBOYS ASSOCIATION, INC.
LANSING OLD NEWSBOYS ASSOCIATION
SHOES RETAIL COMPANY, S.A.
ASSISTANCE LEAGUE OF INLAND NORTH
    COUNTY
SHOES AND CLOTHES FOR KIDS
FOOTHILL UNITY CENTER (BUDDHIST TZU CHI
    FOUNDATION)
MARY'S PLACE
IA OKLAHOMA CITY PENN LLC.
ASSISTANCE LEAGUE OF KANSAS CITY
ASSISTANCE LEAGUE OF EVERETT

**LENDERS**
1832 ASSET MANAGEMENT
ALDEN GLOBAL CAPITAL LLC
AMERICAN  MONEY MANAGEMENT
AMERICAN FINANCIAL CORP.
ANGEL ISLAND CAPITAL
AXAR CAPITAL MANAGEMENT, LP
AXAR GP LLC
BANK OF AMERICA
BARINGS LLC
BLACKSTONE  / GSO
BLACKSTONE GROUP
CATHAY FINANCIAL HOLDINGS CO. LTD
CERBERUS JAPAN K.K.
CERBERUS PARTNERS
CIT
CITIBANK NA
CITIGROUP
CONTINENTAL CASUALTY COMPANY
CORTLAND CAPITAL MARKET SERVICES LLC
CREDIT SUISSE ASSET MANAGEMENT, LLC
CREDIT SUISSE GROUP AG
CRESCENT  CAPITAL GROUP
CSAM
DENALI CAPITAL LLC
DEUTSCHE BANK
DEUTSCHE BANK ASSET MANAGEMENT
DUNDEE CORP.
FEINGOLD O'KEEFFE
FIRST EAGLE INVESTMENT MANAGEMENT
FIVE ARROWS MANAGERS NORTH AMERICA
    LLC
GE
GENERAL ELECTRIC
GOLDEN GATE CAPITAL
GOLDMAN SACHS
GOLDMAN SACHS ASSET MANAGEMENT
GOLUB CAPITAL
GSO/BLACKSTONE DEBT FUNDS
MANAGEMENT, LLC
H.I.G. CAPITAL PARTNERS LP
H.I.G. WHITEHORSE  CAPITAL, LLC
HAWKEYE CAPITAL MANAGEMENT

INVESCO
INVESCO SENIOR SECURED MANAGEMENT,
    LLC
JEFFERIES FINANCE
JMP CREDIT ADVISORS
JMP GROUP
KAPITALFORENINGEN INVESTIN PRO
KCAP FINANCIAL INC.
KINGSLAND CAPITAL MANAGEMENT
KRAMER VAN KIRK
KRAMER VAN KIRK CREDIT STRATEGIES LP
LEUCADIA NATIONAL CORP.
LOEWS CORP.
LØNMODTAGERNES DYRTIDSFOND
MANULIFE ASSET MANAGEMENT (U.S.), LLC
MANULIFE FINANCIAL CORP.
MASSACHUSETTS MUTUAL LIFE INSURANCE
    CO.
MEDLEY CAPITAL
MIDOCEAN PARTNERS
MJX ASSET MANAGEMENT
MORGAN STANLEY
NEWSTAR FINANCIAL
NEWSTAR FINANCIAL INC.
OCTAGON CREDIT INVESTORS
OCTAGON CREDIT INVESTORS, LLC
PRINCETON ADVISORY
ROTHSCHILD & CO.
SCOTIA BANK
STARWOOD  CREDIT ADVISORS
STARWOOD CAPITAL GROUP GLOCAL LLC
STONE POINT CAPITAL LLC
TALL TREE INVESTMENT MANAGEMENT
TAX LP
TC LENDING, LLC
THE BANK OF NOVA SCOTIA
TPG
TPG CREDIT
TRIMARAN ADVISORS
VENOR CAPITAL MANAGEMENT
VIRTUS PARTNERS LLC
VOYA FINANCIAL INC.
VOYA INVESTMENT MANAGEMENT
WELLS FARGO
WEST GATE HORIZONS ADVISORS

**LITIGANTS**
VISA U.S.A.
VISA INTERNATIONALL SERVICE
ASSOCIATION
VISA, INC.
MASTER CARD INTERNATIONAL
INCORPORATED
AMERICAN EXPRESS
CENTENNIAL-HANFORD CENTER IV, LLC
HANJIN SHIPPING COMPANY
LESTER RODRIQUEZ
SELAH HARMS

AMERISOURCE FUNDING, INC.-INTEGRITY
RETAIL DISTRIBUTION, INC.
SHARON ZON
ISELA MUNOZ
DESHAWN HARMON
SONYA MOSES
FULBERT AKOUALA
JANET SALAZAR
WENDY GALLANT
DRAGANA SKRBEC
WILLIE PETTAWAY
TERI HARDY
KELLY ALLEN
SHANTELL HOPKINS
JACQUELINE CERVERA
EDDHER VILLEGAS
CYNTHIA LIMON
LUZ LEON
JENNIFER VALDES
JILL APPERSON
RENE EBERHART
ALICE SELVIDGE
JENESSA LEAKE
CITY OF NEW YORK, COMMISSION ON HUMAN
    RIGHTS
MEREDITH JUNK
JOHNSON, SARAH
RETAIL MANAGEMENT SERVICES CO., LLC
716 LEXINGTON AVENUE LLC
5 DIAMONDS CONSTRUCTION, INC.
LOYD ELECTRICAL STAFFING LLC
NASSAU COUNTY FIRE CODE VIOLATIONS
FRED FALKNER
ANDRES GOMEZ
ANGEL QUILES
DAISY AYALA-OLIVERI
AMY VIGGIANO
ALYSSA BOYLES
DENISE PAYNE
RENZO BARBERI
JOHN SMITH
ROBERTO COLLAZO PEREZ
CARLOS JAVIER CORREA IRIZARRY
KEVIN ZIMMERMAN
VICKI WUINONES-HARTWELL
SALVATORE FERRAGAMO, S.P.A.
CELINE S.A.
KEEN, INC.
CONVERSE INC.
SHEN-KO TSENG
SEAN GOERECKI
GINA MUSTO
DULCE GARCIA
DULCE GARCIA
STATE OF FLORIDA DOT
STATE OF FLORIDA DOT
DENISE DAVIS
MELISSA RAYMER
HELEN TRABONA

ILLA RODGERS
JON DEUTSCH
SALOMON COJAB DBA ALBMIN REALTY CO.
MARTIN, CHRISTINE
ROSE JR, JAMES
BRYANT, CASSANDRA
DONLICK, DEBORAH
BRATTESANI, MARIA
LEE, JOHN
SHARIFF, ABDUL
PAYNE, RICKY
POLIO, AMANDA
NELSON, SUZANNE
CHARLEBOIS, YVONNE-MARIE
RICHARDSON, GAYE
GARCIA, JOSEFINA
REDMON, MARTHA
EDWARDS, ASHLEY
MILD, MADISON
SNIADECKI, JAMES
GUZMAN, ANGELA
HOLLOWAY, SHERRI
LO, CHI DINH
KOEHLER, ERIN
HLUSHKO, OLESYA
VAN HORNE, MARY JEAN
DOTY, JULIE
RUCKER, BARBARA
LEWIS, AGNES
ALLEN, NEIL
CROSS, KAREN
HATCHELL, TARENE
PASTRANA RIVERA, JULIE
ANDERSON, ESSIE
DUPREE, SONYA
DENSON, DININA
ANTHONY, JOAN
SCOTT, DEDRIC
DURAN, JUAN
DARKO, MONICA
ESTRELLA, PATRICIO
CANNADY, CARL
SILVA, XIOMARA
MENESES, ELIAS
COX, RENICE
KINSEY, GLORIA
SIMPSON, CAROL
SHIELD, ANNE MARY
MCKENZIE, KAMISHA
STODDART, ROSELMA
DE JESUS, MARIA
SERGENT, RON
DELORIMIER, ANGEL
WALKER, LESLIE
THACHMEEMAG, SANMA
ROSADO RAMOS, REINALDO
WALKER, KAREN
DASILVA, GINA
GONZALEZ, MARILYN

| | |
|---|---|
| THOMPSON, LARONDA | JOHNSON, PRISCILLA |
| SULLIVAN, LORETTA | GARCIA, MARSHEIRY |
| BOYD, TAHOE DAWN FANELLI | AMOS, JOYCE |
| COLLINS, MARION | LOPEZ, JENNIFER |
| DUNN, VICKIE | GONZALEZ, LUIS |
| MAPP, BEVERLY | CHAVEZ, GILBERTO |
| RODRIGUEZ, JOSE | ROKNIVAND, SHAMIM |
| BOSTON, CHERYL | PELLETIER, DENISE |
| LISBY, NIA | LAZARO, VANESSA |
| ACHING, ILLIANA | OLIVAS, ELSA |
| LOPEZ, IRIS | SUAREZ, MARIA |
| AKRA, VICKI | SANCHEZ, VANESSA |
| DUNBAR, PRESTON | SCUTT, HOLLY |
| JONES, DAMIKIA | DIAZ, YUDELKA |
| BENAVIDES, MAYRA | WATTERS, CHELSY |
| GARZA, RONNIE | BOLLIG, MARY |
| GOLDSTEIN, RAYANNE | HOGAN, DONNA |
| MOLINA, CARMEN | WALKINS, ROSE |
| AGBORZE-OTOIBHI, LOVETH | MARRERO, JUSTIN |
| RUBINSTEIN, JEAN | DAVID, HEATHER |
| LONG, MARIA | CRUMWELL, VERNICE |
| PENA, PEDRO | PHEBUS, SHELLEY |
| GLOVER, CHAYSE | KNOX, TAMI |
| JONES, ANNETTE | LAMBERT, JUDY |
| KAUR, SUKHRAJ | CARROLL, LAUNITA |
| PAYNE, MACE | MACKIN, SHEILA |
| DUSHEY, SONIA (HARLEY) | SANCHEZ, CARLA |
| HARLEY, THERESA | HAEFER, MELODY |
| JORGE, ANA | GALLO, MADISON |
| FLYNN, DIANNE | WILLIAMS, LAKISHA |
| WAUGH, ELDA | MANISCALCO, ALEXANDRA |
| PARKER, RAHMIEQ | MONROE, DELLA |
| NWANKWO, GLORIA | GARCIA, MARIA |
| KING, BILLY | VELASQUEZ, ROSARIO |
| NELSON, ISAIAH KELLY GRAY | CARRENO, MARIA |
| APPLEWHITE, NIYEAR | CLAYBROOK, CECELIA |
| MALLET, GWENDOLYN | THOMAS, ROBINA |
| BLACKWOOD EVANS, BREGGET | DELEON, JOCELYN |
| WALKER, TINA | TUSTIN, KRYSTALL |
| LUBAS, CAROLINE | ROSARIO-ZAVALA, DIANA |
| VIA, CAROLYN | JIMENEZ, LINO |
| BEZABH, DINAH | CARRENO, MARIA |
| DIGGS, CRYSTAL | LORENZO, WILDALIZ |
| WELDEN, ELIZABETH | ORTIZ, BRENDA |
| ZWIRN, PAULA | FLORES, GLENYS |
| DEB, PABITRA | STATEN, RONALD |
| GUERRA, ROEL | BENEFIT, PENNY |
| MORLAND, STEPHANIE | BRITO, SOLEIDY |
| WILLIAMS, DAISY | FREEMAN, SEAN |
| JIMENEZ, CASSANDRA | LANDAVERDE, YASMIN |
| ALEXANDER, SHARON | ALEXANDER, BRENDA |
| QUINONES-HARTWELL, VICKIE | COLOM, REGINA |
| VAZQUEZ, NATIVIDAD | BOHANNAN, MARIA |
| PIZARRO, PURA AMEZQUITA | CRUMWELL, VERNICE |
| CHAVEZ, TINA | SAFARYAN, ELIZA |
| CERVANTES, JUAN | JOHNSON, CRISTIN |
| GOMEZ, OLENA | ANDERSON, JERI |
| CASTANEDA, JAMES | GARVIN, VICTORIA |
| ARAKELIAN, ANAHIT | DOUGLAS, TIESHA |

| | |
|---|---|
| MAZZELLA, CLARICE | JULIEN LEE, ANNE |
| HUNT, TAMELA | POWE, KARLA |
| EBERHART, RENE | PRECIADO, MARIANELA |
| AGUIRRE, KRISTINA | GAGNON, SANDRA |
| MUNOZ, GERTRUD | BOLIN, VICKY |
| TORRES, BLANCA | GALLEGOS, MARIA |
| ALEXANDER, SHAMARA | GALLEGOS, MARIA |
| GROSE, SHANNON | HAMMOCK, KELLEY |
| MEZA, LORI | JOHNSON, ETHEL |
| LODESTRO, VINCENT | DELGADILLO, MARISOL |
| HERNANDEZ, EDUARDO | FLORES, RAQUEL |
| MALDONADO, WALESKA | DONLICK, DEBORAH |
| BROWN, SUNTINA | RAMIREZ, GABRIELA |
| FLYNN, MARY | FRENS, MICHELLE |
| ORTIZ, IRIS | INOA, KATHERINE |
| AGUIRRE, KRISTINA | SUHRKE, KAREN |
| PERRETT, ALMA | DURAN, GRISELDA |
| FERNANDEZ, ANGELINA | CAMPBELL, BELINDA |
| GARCIA, JOSEPHINE | CRUMWELL, VERNICE |
| SELVIDGE, ALICE | DEARDS, STEPHANIE |
| GUTIERREZ, REYNA | GARCIA, KATHRYN |
| AKAU, BRENDA | OBREGON, HILDA |
| CALZADILLAS, JACQUELINE | GUZMAN, MARIA |
| MULLEN, BONNIE | HENDERSON-WEAVER, DENISHA |
| DAVIS, REBECKA | PHIPPS, IRIS |
| POSADA, LILIANA | MOORE II, JOHNNY |
| ROGERS, DENISE | KHATCHADOORIAN, ELIZABETH |
| ALI, KELLY | PEGNOTTGA, KRISTIN |
| FABUNAN, LINA | HOBBS, ANGELA |
| NIXDORF, JESSICA | SMITH, MELISSA |
| LAIRD, CANDI | APPERSON, JILL |
| WAGAMAN, DIANA | GUZMAN, MARIA |
| LLAMAS, KIMBERLY | SALDIVAR, BEATRIZ |
| CALDERON, GLENDA | ECHEVERRIA, MONIQUE |
| GONZALEZ, VERONICA | FABUNAN, ADELINA |
| GOMEZSANCHEZ, KARINA | WILEY, DAWN |
| KHOURY, NOUR | PATLAN, EUGENIA |
| BLANKENSHIP, SHANNON | RITCHIE, MICHELE |
| LAVERGNE, ENA | UZIEL, RACHEL |
| MCNAIR, ANGELEE | COHRAN, ESPERANZA |
| SPRUILL, YVETTE | LEBRUSKA, STEPHANIE |
| ORTIZ, ROSAURA | BRISENO, ERNESTINA |
| CARDONE, GERRI | CALZADILLAS, JACQUELINE |
| RUNGE, ABIGAIL | CRUZ, MAYRA |
| JONES, LORI | RAMIREZ, NORMA |
| BARRACO, ANTONIETTA | PONCE, ALVARO |
| JAMES, KAREN | JIMENEZ, LINO |
| ALVERIO, MALTA | MELESIO, ROSA |
| SANCHEZ, BERTHA | BECKETT, FRANCESCA |
| HAWKINS, EVELYNA | HOSEIN, GRACIELA |
| FISHER, SHATARA | VAZQUEZ, MICAELA |
| KHATCHADOORIAN, ELIZABETH | ROBLES, FELICITAS |
| WISELY, JANINE | MARTINEZ, JESSICA |
| MILLER, NICOL | ANDERSON, KELLEY |
| CAMPBELL, BELINDA | VARGAS, NAOMI |
| ROBLES, FELICITAS | DEARDS, STEPHANIE |
| FLORES, NORMA | LOPEZ, DANIELA |
| BRISENO, ERNESTINA | GALLEGOS, GRACIE |
| HUIE, BRIDGET | PATLAN, EUGENIA |

MINHAS, ZAVIER
RODRIGUEZ, ANGELICA
FALCONEZ, JEANETH
LANE, ELFRIEDE
AGUILAR, JOANA
RITTALL, RENA
ZUNIGA, UNSELMO
HERNANDEZ, ANGELA
CASTILLO, KAREN
MARTINEZ JR., PORFIRIO
POOLE, DEBORAH
MEKNI, MOHAMED
ORTIZ, ISIS
PAYNE, RICKY
DOLLINGER, KERRY
ASENJO, DAISY
KENT, AMANDA
TORRES, DUBELKA
LUNA, RENEE
GUERRA, MELVA
PANTOJA, MIRIAM
RAYA, MARIA
FILKINS, TRUDY
CAMPANELLA, MARIA
HERNANDEZ, ESTELLA
DZENCELOWCZ, KELLY
SMITH, BRENDA
HALL, JASON
MORALES, JOSE
MILES, FRANKLIN
HALL, JASON
HOLGUIN, ESTHER
HALL, JASON
LEGESSE, RICAI
WESTBROOK-MICHELL, BARBARA
GARCIA, LINDA
MULLINS, LORETTA
WEDDING, MARY
HARPER, GWENDOLYN
GARCIA, DULCE
KOCI, LEONARD
ZIMMERMAN, STACY
WILLIS, MICHELLE
LANNI, CARMEN
BROEDLING, JUDY
JONES, LATRICE
JONES, LATRICE
MARAVILLO, LETICIA
MOORE BLACKWELL, PAULINE
MOORE BLACKWELL, PAULINE
DELEON, SUSANA
JUERS, PAULA
HASHIMI, AZIMA
VENUS, JACQUELINE
AUSTIN, FRANK
BARNETT, ALLAN
HUDSON, CHANDA
ABRAMS, LINDA
PEOPLES, JEANNETTE

GARCIA, HAYDEE
GARCIA, HAYDEE
DESCHENEAU, KATHRYN
DALERIO, RHONDA
WATERS, ANA
MOORE BLACKWELL, PAULINE
MOORE BLACKWELL, PAULINE
LAUREANO-MORA, SUZANNE
FORD, RONDA
HIGDON, TRISH
GHANEASL, HABIB
MOORE BLACKWELL, PAULINE
ZANDER, SHERRI
JAFARINIA, PAUL

**DEBTOR PROFESSIONALS**
ALVAREZ & MARSAL NORTH AMERICA LLC
ALVAREZ & MARSAL INC.
GUGGENHEIM CAPITAL LLC
GUGGENHEIM PARTNERS LLC
KIRKLAND & ELLIS LLP
RCS REAL ESTATE ADVISORS
MUNGER, TOLLES & OLSON LLP
KEKST AND COMPANY
GREAT AMERICAN GROUP

**NON-DEBTOR PROFESSIONALS**
HOULIHAN LOKEY
KING & SPALDING LLP
ORIX CORP.
PRIME AMERICA

**MAJOR EQUITY HOLDERS**
BLUM CAPITAL
GOLDEN GATE CAPITAL

**GOVERNMENT**
MISSOURI DEPT. OF REVENUE
SHAWNEE COUNTY TREASURER
MINISTRY OF FINANCE - SUFAT, KUWAIT
CITY, KUWAIT
TREASURER-TAX COLLECTOR - SAN
    BERNADINO, CALIFORNIA
V.I. BUREAU OF INTERNAL REV.
NYC DEPARTMENT OF FINANCE
JEFFERSON PARISH SHERIFF'S OFFICE
ASSESSOR/COLLECTOR - EDINBURG, TEXAS
EL PASO TAX ASSESSOR / COLLECTOR
CITY OF PHOENIX
CITY OF BATON ROUGE
TAX ASSESSOR/COLLECTOR - HOUSTON,
    TEXAS
TREASURER MONTGOMERY COUNTY
TREASURER OF GUAM
ASSESSOR - FORT WORTH, TEXAS
DLA PIPER HONG KONG
TAXATION & REVENUE DEPT. - MONROE,
    LOUISIANA

**VENDORS**

29 PALMS
5 DIAMONDS CONSTRUCTION INC
ACON INVESTMENTS LLC
ALLIANCE SHIPPERS, INC.
ALTAIR GLOBAL RELOCATION
AMIEE-LYNN / 29 PALMS
AON CORP.
AON HEWITT CORPORATE EXCHANGE
APAX PARTNERS LLP
APTOS CANADA INC
ARTHUR J. GALLAGHER & CO.
BARKLEY EVERGREEN & PARTNERS INC
BERKSHIRE HATHAWAY INC.
BERKSHIRE PARTNERS LLC
BISON CAPITAL ASSET MANAGEMENT LLC
BLUM CAPITAL PARTNERS LP
C & C ACCORD LTD
CALIFORNIA CARTAGE CO. LLC
CALIFORNIA MULTIMODAL LLC
CALTIUS CAPITAL MANAGEMENT LP
CASCADE INVESTMENT LLC
CHINA OCEAN SHIPPING AGENCY XIAMEN
CIGNA CORP.
CIGNA GROUP INSURANCE-LIFE & DISABILITY
CONTINENTS SOURCING ENT., LTD.
CRETE CARRIER CORP.
CURTIS 1000 INC
DAMCO DISTRIBUTION SERVICES INC
DAMCO INTERNATIONAL AS
DEMANDWARE INC
DENTCO INC.
DEZINE NEWS INC
DEZINENEWS
DISNEY CONSUMER PRODUCTS INC
DYNAMIC ASSETS LIMITED
E.S. ORIGINALS, INC.
EASTPORT HOLDINGS
ECOVA INC
EMKAY INC
ENGIE SA
ERNET PROPERTY RESOURCE GROUP LLC
ERNST & YOUNG LLP
EVERGREEN GROUP
EVERGREEN SHIPPING AGENCY AMERICA
CORP
EVER-RITE INTERNATIONAL CO LTD
EVERYTHING LEGWEAR LLC
FANTAS EYES
FANTAS EYES INC.
FANTASIA ACCESSORIES LTD
FANTASIA HONG KONG LTD.
FILA KOREA LTD.
FILA USA INC
FIRST SERVICE NETWORKS INC
FLOWER CITY PRINTING
FORTUNE CREATION CO. LTD.
GALLAGHER BASSETT SERVICES INC
GEORGIA-PACIFIC CORRUGATED LLC

GINA GROUP
GLOBAL BRANDS GROUP HOLDING LTD.
GLOBAL DESIGN CONCEPTS
GLORY CHINA FOOTWEAR CO LIMITED
GOLDEN GATE CAPITAL
H.K. FORTUNE CREATION LTD.
HANJIN SHIPPING CO LTD
HH BROWN INT'L SOURCING
HIGH POINT DESIGN LLC
HUB GROUP ASSOCIATES INC.
IDX CORPORATION
IMPLUS FOOTCARE LLC
INTER-PACIFIC CORP.
IPSOS MMA, INC
IPSOS SA
J.B. HUNT TRANSPORT, INC.
JB HUNT TRANSPORT SERVICES INC.
JOHNSON CONTROLS INTERNATIONAL PLC
KANSAS CITY SERIES OF LOCKTON CO LLC
KCP HOLDCO INC.
KEEPERS INTERNATIONAL
KENTH PRODUCTIONS LLC
KKW TRUCKING, INC.
KOCH INDUSTRIES INC.
LANDSTAR RANGER INC
LANDSTAR SYSTEM INC.
LOGISTICS SERVICE (PANAMA) S.A
LUX ACCESSORIES LTD
MACANDREWS & FORBES INC.
MARC USA CHICAGO
MARSH & MCLENNAN COS. INC.
MARSH USA INC
MC SIGN COMPANY
MCCARTHY GROUP LLC
MIA SHOES INC.
MIA WORLDWIDE CO LTD
MICROSOFT CORPORATION
MILLWORK PTE LTD
MORGAN STANLEY CAPITAL SERVICES
MORGAN STANLEY SENIOR FUNDING INC
NATIONAL AMUSEMENTS INC.
NINA FOOTWEAR CORP
NORTHSTAR SOURCING LLC
OFFICE DEPOT INC.
OFFICEMAX INC
OKI DATA AMERICAS, INC.
OKI ELECTRIC INDUSTRY CO. LTD.
PERFORMANCE TEAM FREIGHT SYSTEMS
INCPHENIX LABEL CO INC
PSS HOLDINGS
QUAD GRAPHICS INC
RACON FOOTWEAR LIMITED
RADIAL INC
REPUBLIC SERVICES INC
SALESFORCE.COM INC.
SANTANA SHOES
SANTANA SHOES INC.
SCHNEIDER NATIONAL INC
SHOPPERTRAK RCT CORP

SKECHERS USA INC
SPECTRUM BAGS INC
SUDDATH TRANSPORTATION SERVICES INC
TAIZHOU BAOLITE SHOES CO LTD
TANGOE INC
TAYLOR CORP
TERRY ADAMS INC
THE PHILADELPHIA CONTRIBUTIONSHIP
THE SUDDATH COS.
THE WALT DISNEY CO., THE
THE YEAGER FAMILY
TOPSMART INTERNATIONAL CO., LTD.
TRIANGLE NETWORK INC.
TRI-MODAL DIST SVC INC. (PP 17)
TRI-MODAL DISTRIBUTION SERVICES
TUNGYA LOGISTICS CO LTD
U.S. CONTINENTAL MARKETING INC
UNITED PARCEL SERVICE, INC.
US BANCORP
US BANK AIR BTA 0191
VALASSIS COMMUNICATIONS, INC.
VALASSIS DIRECT MAIL INC
VECTOR SECURITY
VIACOM INTERNATIONAL MEDIA NETWORKS
VILLA LIGHTING SUPPLY
VISION CONTRACTORS, INC
WELLS FARGO BANK EXEC BENEFITS GROUP
WELLS FARGO RETAIL FINANCE LLC
WELLS FARGO RETAIL FINANCE LLC A-1
YANGMING MARINE TRANSPORT CORP

**50 LARGEST CREDITORS**
EVER-RITE INTERNATIONAL CO LTD
HUGE INTERNATIONAL LTD
MODA SHOE LIMITED
THE ASEAN CORP LTD
QINGDOA DOUBLESTAR MINGREN IMP & EXP
    CO
FORTUNE WAY INTERNATIONAL CO, LTD.
HIGHCOM INTERNATIONAL LIMITED
XIAMEN C AND D LIGHT INDUSTRY CO LTD
SANTAK CORPORATION
BEST PARAMOUNT INTERNATIONAL LIMITED
TCFE INTERNATIONAL CO., LTD
TOPSMART INTERNATIONAL CO,. LTD
PUTIAN CITY HUI SHENG TRADING CO LTD
C&C ACCORD LTD
ASCENDANT (HONG KONG) TRADE CO
    LIMITED
MIA WORLDWIDE CO LTD
DONGYI SHOES CO LTD
FILA USA INC
GLORY CHINA FOOTWEAR CO LIMITED
KENTH PRODUCTIONS LLC
FIRST SERVICE NETWORKS INC
PEDS LEGWEAR USA INC
EVER SPOTLIGHT LTD.
MARC USA CHICAGO
EVERYTHING LEGWEAR LLC

FORTUNE CREATION CO. LTD.
SHI INTERNATIONAL CORP
PUTAIN XINLONG FOOTWEAR CO LTD
CHAMPION ATHLETICWEAR
AIDER COMPANY LIMITED
SOUTH CHINA SHOES PRODUCTS COMPANY
    LTD
MC SIGN COMPANY
FUQING JIA CHENG TRADING CORPORATION
    LTD
HO WANG TAI GROUP CO LTD
TAIZHOU BAOLITE SHOES CO LTD
RACON FOOTWEAR LIMITED
DIBANG SHOES CO. LTD
COGNIZANT TECHNOLOGY SOLUTIONS US
    CORP
E.S ORIGINALS, INC.
TOPLINE IMPORTS INC.
U.S. CONTINENTAL MARKEING INC.
FITRON INDUSTRIES LIMITED
INTER-PACIFIC CORP
INTERLOOP LIMITED
PERFORMANCE TEAM FREIGHT SYSTEMS INC.
TIMELY ENT, CO., LTD.
SANTANA SHOES
KING INDUSTRY CO LTD
MANHATTAN ASSOCIATES INC.
RADIAL INC.

**UNIONS**
UNITED FOOD AND COMMERCIAL WORKERS
UNION, LOCAL NO. 655
UNITED FOOD AND COMMERCIAL WORKERS
UNION, LOCAL NO. 536

**OTHER SIGNIFICANT CREDITORS**
ABRY PARTNERS LLC
ACCEL-KKR LLC
ACXIOM CORPORATION
ADESSO-MADDEN, INC.
AIDER COMPANY LIMITED
AIRWATCH LLC
AJB SOFTWARE DESIGN INC
AKAMAI TECHNOLOGIES INC
ALLEGIS GROUP INC.
APTOS INC
AUTOMIC SOFTWARE GMBH
AUTOMIC SOFTWARE INC
AVAYA HOLDINGS CORP.
AVAYA INC.
BELDEN INC.
BEST PARAMOUNT INTERNATIONAL LIMITED
BTM GOBAL
CA INC.
CALZADO GRISMAR SA DE CV
CERTIFIED RETAIL SOLUTIONS
CHAMPION ATHLETICWEAR
CITRIX SYSTEMS INC
COGNIZANT TECHNOLOGY SOLUTIONS CORP.

COGNIZANT TECHNOLOGY SOLUTIONS US
    CORP
COMPUTER ASSOCIATES INTERNATIONAL,
    INC.
DATAPIPE
DELL TECHNOLOGIES INC.
DIBANG SHOES CO. LTD.
DIGICERT
DIGICERT INC.
DONGYI SHOES CO LTD
EATON CORP. PLC
EMC CORPORATION
EVER SPOTLIGHT LTD.
EVER-RITE INTERNATIONAL CO LTD
FILA USA INC
FORTUNE WAY INTERNATIONAL CO., LTD
FRANZINO, GEORGE
FUJITSU
GENNARO INC.
GRUPO COMMERCIAL LATINOS SA DE CV
GUANAJUATO SHOES COMPANY SA DE CV
HANESBRANDS INC.
HB CONNECTIONS INC
HIGHCOM INTERNATIONAL LIMITED
HUGE INTERNATIONAL LTD
IBM
INGENICO GROUP SA
INGENICO INC
INTERLOOP LIMITED
JACKSON CORP
JMA INFORMATION TECHNOLOGY
LEIF J OSTBERG INC
MANHATTAN ASSOCIATES INC
MICROSOFT
MIKEN CONSULTING INC
MODA SHOE LIMITED
NETSER COMPUTER INTERNATIONAL INC
OPTIV INC
OPTIV SECURITY INC.
ORACLE AMERICA INC
ORACLE CORPORATION
PC TRAINING SOLUTIONS INC
PEDS LEGWEAR USA INC
POMERARY
PROVIDENCE PRODUCTS LLC
PUTIAN XINLONG FOOTWEAR CO LTD
QINGDAO DOUBLESTAR MINGREN IMP & EXP
    CO
SALESFORCE
SANTAK CORPORATION
SARASTI SA DE CV
SEQUOIA CAPITAL
SERVICE NOW COM
SHI INTERNATIONAL CORP
SILVER LAKE PARTNERS
SIRIUS COMPUTER SOLUTIONS, INC.
SOS PARTS LTD.
STANIC CONSULTING
STEVE MADDEN LTD.

SUMO LOGIC INC
SYSTEMS PLUS
TA ASSOCIATES MANAGEMENT LP
TCC CONSULTING
TCC CORPORATE CONSULTING LLC
TCFE INTERNATIONAL CO., LTD.
TEK SYSTEMS
TEMPUS TECHNOLOGIES
TEMPUS TECHNOLOGIES INC.
THE ASEAN CORP LTD
THOMA BRAVO LLC
THOMAS CONSULTING SERVICES
TIERPOINT LLC
TOPLINE IMPORTS INC
TRIPWIRE INC
VERIFONE INC
VERIFONE SYSTEMS INC.
VERTEX INC.
XIAMEN C AND D LIGHT INDUSTRY CO LTD
XINLONG ENTERPRISE INVESTMENT HONG
    KONG CO. LTD.
YELLOW DOG NETWORKS INC

**SIGNIFICANT COMPETITORS**
AMAZON
BURLINGTON
KOHLS
MARSHALLS
ROSS STORES, INC.
SHOE CARNIVAL
TARGET
TJ MAXX
WAL-MART
TJX COS.

**PUBLICLY-AVAILABLE ATTORNEYS AND
STAFF FOR THE UNITED STATES TRUSTEE'S
OFFICE FOR THE EASTERN DISTRICT OF
MISSOURI**
LEONORA S. LONG
PAUL RANDOLPH

**UTILITIES**
SOUTHERN CALIFORNIA EDISON
AT&T
PACIFIC GAS & ELECTRIC
RELIANT ENERGY SOLUTIONS/120954
ENGIE RESOURCES
VERIZON WIRELESS
FLORIDA POWER & LIGHT COMPANY (FPL)
WESTAR ENERGY/KPL
PUERTO RICO ELECTRIC POWER AUTHORITY
CON EDISON
DAYTON POWER & LIGHT
SPRINT
KETER ENVIRONMENTAL SERVICES
CENTURYLINK
SAN DIEGO GAS & ELECTRIC
INTERCALL

PSE&G-PUBLIC SERVICE ELEC & GAS CO
GEORGIA POWER
COX COMMUNICATIONS
WM CHICAGO IL - PREVIOUSLY IEM
LOS ANGELES DEPT OF WATER &
POWER/30808
AT&T MOBILITY
GTT COMMUNICATIONS INC
CORPORATE SVC CONSULTNTS
VERIZON
RADIANT COMMUNICATIONS
DTE ENERGY/630795/740786
PSEGLI
PACIFIC POWER-ROCKY MOUNTAIN POWER
PEPCO (POTOMAC ELECTRIC POWER
COMPANY)
DUKE ENERGY/1004
NATIONAL GRID - MASSACHUSETTS/11737
CONSUMERS ENERGY
TORONTO HYDRO ELECTRIC SYSTEM
EVERSOURCE ENERGY/660753
EVERSOURCE ENERGY/650032
DOMINION VA/NC POWER/26543/26666
CONEDISON SOLUTIONS/223246
PECO/37629
SRP -SALT RIVER PROJECT
CPS ENERGY
AMEREN MISSOURI
APS/ARIZONA PUBLIC SERVICE
FRONTIER COMMUNICATIONS
DUKE ENERGY/1326
PPL ELECTRIC UTILITIES/ALLENTOWN
EL PASO ELECTRIC COMPANY
SUSTAINABLE SOLUTIONS GROUP
BGE - BALTIMORE GAS & ELECTRIC
VERIZON BUSINESS
ALABAMA POWER
BC HYDRO
TECO TAMPA ELECTRIC COMPANY
GRANITE TELECOMMUNICATIONS
VIRGIN ISLANDS WATER & POWER
AUTHORITY
XCEL ENERGY:PUBLIC SERVICE COMPANY OF
    CO
WESTAR ENERGY/KPL
AEP/24002-OHIO POWER
PUGET SOUND ENERGY
NV ENERGY/30150 SOUTH NEVADA
SACRAMENTO MUNICIPAL UTILITY DISTRICT
DUKE ENERGY PROGRESS

**SHIPPERS / WAREHOUSEMEN**
PERFORMANCE TEAM  FREIGHT SYSTEMS INC
RADIAL INC
J.B. HUNT TRANSPORT, INC.
LOGISTICS SERVICE (PANAMA) S.A
EVERGREEN SHIPPING AGENCY AMERICA
    CORP
LOGISTICS SERVICE (PANAMA) SA

UNITED PARCEL SERVICE, INC.
YANGMING MARINE TRANSPORT CORP
ALLIANCE SHIPPERS, INC.
DAMCO DISTRIBUTION SERVICES INC
TRI-MODAL DIST SVC INC. (PP 17)
CALIFORNIA MULTIMODAL LLC
CRETE CARRIER CORP.
HANJIN SHIPPING CO LTD
HUB GROUP ASSOCIATES INC.
LANDSTAR RANGER INC
SCHNEIDER NATIONAL INC
KKW TRUCKING, INC.
HOGAN TRANSPORTS INC
THE GILBERT COMPANY (PP70)
CROWLEY LINER SERVICE
BEAVEX, INC (PP 66)
CONVOY SYSTEMS, INC.
QUALITY CORRECTIONS & INSPECTIONS
AFN
XPO LAST MILE INC (PP78)
JACOBSON LOGISTICS CO LC
FORWARD AIR SOLUTIONS (PP30)
FORWARD AIR SOLUTIONS INC  (PP#60)
OEC SHIPPING LOS ANGELES INC
LEGACY SUPPLY CHAIN SERVICES PP21
FORWARD AIR SOLUTION INC (PP#55)
SEWELL MOTOR EXPRESS COMPANY
DEMAR LOGISTICS INC. (PP 46)
CROWLEY LOGISTICS (PP 71)
DYNAMEX (PP39)
PANAMA TRANSFER (PP 37)
FORWARD AIR SOLUTIONS INC (PP#32)
VSS CARRIERS
FORWARD AIR SOLUTIONS INC (PP 53)
EAGLE EXPRESS INC
BEAVEX INC (PP 69)
Y.C. AND BROTHERS ENTERPRISE CO., LTD.
XPO LAST MILE (PP 68)
TAX AIRFREIGHT INC (PP 49)
FREIGHT SYSTEMS INCORPORATED SLS PP25
COYOTE LOGISTICS
ADVANCED DISTRIBUTION SERVICES  (PP42)
HONOLULU FREIGHT SERVICE INC
STATEWIDE TRANSPORT INC PP 43
INTEGRITY RETAIL DISTRIBUTION PP33
ANN ARBOR DISTRIBUTION (PP 51)
FREIGHT SYSTEMS, INC. (PP 11)
WERNER ENTERPRISES INC
PIERPASS
BEAVEX (PP35)
TRANSCOR (PP58)
EXPEDITORS INT'L
TRIPLE B FORWARDERS
TRI-MODAL DIST SVC INC (PP18)
FORWARD AIR SOLUTIONS INC (PP#54)
DYNAMEX, INC.  (PP#14)
WAN HAI LINES (AMERICA) LTD
SPECIAL DISPATCH ST. LOUIS INC (PP 45)
FORWARD AIR SOLUTIONS INC (PP#41)

TRANSCOR (PP59)

## **Schedule 2**

**Interested Parties that Currently or have Previously Employed Armstrong Teasdale in Matters Unrelated to the Debtors or Their Chapter 11 Cases**

**Largest Customers**
Payless ShoeSource Inc.

**Landlords**
Simon Property Group

**Shippers / Warehousemen**
United Parcel Service

**Vendors**
Arthur J. Gallagher & Co.
Gallagher Bassett Services, Inc.
Ipsos SA

**Significant Competitors**
Wal-Mart
Amazon

**Lenders**
Bank of America National Association
Continental Casualty Co.
Wells Fargo Bank, N.A.

**Banking Relationships**
The PrivateBank
Alliance Bank
Bank of the West
Capital One
Central Bank of the Midwest
The Central Trust Bank

Enterprise Bank & Trust
Enterprise Bank Commercial Finance
Farmer's Bank & Trust, N.A.
Fifth Third Bank
First Midwest Bank
Whitney Bank, f/k/a Hancock Bank
JP Morgan Chase Bank, N.A.
Midland States Bank
Peoples Bank
Peoples National Bank, N.A.
UMB Bank & Trust, N.A.
UMB Bank, N.A.
U.S. Bank, N.A.
Wells Fargo Bank, N.A.

**Utilities**
Ameren Missouri
NV Energy
Sprint

**Insurers**
Arch
Aspen
Axis
Beazley
Great American Insurance

**Litigants**
MasterCard International

## Schedule 3

**Nonexclusive List of Certain Armstrong Teasdale Professionals
and Their Current Hourly Rates
As of April 4, 2017**

| NAME | LOCATION | POSITION | BILLING RATE AS OF THE PETITION DATE |
|---|---|---|---|
| Steven Cousins | St. Louis | Partner | $630 |
| Dan Wofsey | St. Louis | Partner | $630 |
| David Going | St. Louis | Partner | $575 |
| Richard Engel | St. Louis | Partner | $575 |
| John Cowling | St. Louis | Partner | $575 |
| Robert Kaiser | St. Louis | Partner | $575 |
| Scott Hunt | St. Louis | Partner | $575 |
| James Fredericks | St. Louis | Partner | $515 |
| Saraann Parker | St. Louis | Partner | $455 |
| Susan Ehlers | St. Louis | Partner | $395 |
| Christopher LaRose | St. Louis | Partner | $350 |
| Jamie Mansfield | St. Louis | Associate | $270 |
| John Willard | St. Louis | Associate | $255 |
| Erin Edelman | St. Louis | Associate | $255 |
| Angela Odlum | St. Louis | Associate | $240 |
| Cindy Morrison | St. Louis | Paralegal | $290 |
| Theresa Ritter | St. Louis | Paralegal | $190 |
| Olivia Harmon | St. Louis | Paralegal | $130 |

## Exhibit C

**Disclosure of Compensation of Armstrong Teasdale**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>PAYLESS HOLDINGS LLC, <u>et al.</u>,<br><br>                Debtors. | Case No. 17-42257-659<br>CHAPTER 11<br><br>(Joint Administration Requested)<br><br>Hearing Date & Time:<br>April 5, 2017 at 1:30 p.m.<br>(prevailing Central Time)<br><br>Hearing Location:<br>Courtroom 7 North |

**DISCLOSURE OF COMPENSATION OF ATTORNEYS**

I, Steven N. Cousins, hereby certify as follows:

1.      From April 4, 2016 through April 4, 2017 (the "<u>Petition Date</u>"), Armstrong Teasdale LLP ("Armstrong Teasdale") received $307,000 for services rendered on behalf of the Debtors and in contemplation or connection with these Chapter 11 cases.  This amount includes payment of a $300,000 replenishments and increases thereof, actual fees and expenses, and unbilled, anticipated or estimated fees through the Petition Date.

2.      There is no agreement of any nature as to the sharing of any compensation to be paid to Armstrong Teasdale, other than sharing among the attorneys of Armstrong Teasdale.

Dated: April 4, 2017
       St. Louis, Missouri

Respectfully submitted,

/s/      *Steven N. Cousins*
Steven N. Cousins MO 30788
Erin M. Edelman MO 67374
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 621-5070
Facsimile:  (314) 612-2239
Email:  scousins@armstrongteasdale.com
Email:  eedelman@armstrongteasdale.com

*Proposed Attorneys for Debtors
and Debtors in Possession*

## **<u>Exhibit D</u>**

**Engagement Letter**

Steven N. Cousins

Direct T 314.342.8033  F 314.612.2239

scousins@armstrongteasdale.com

MISSOURI  KANSAS  COLORADO  NEVADA  ILLINOIS  SHANGHAI

March 29, 2017

Bob Donohoo
General Counsel
Payless Holdings LLC
3231 SE 6th Avenue
Topeka, KS 66607-2207

Re:      Engagement of Payless Holdings LLC

Dear Mr. Donohoo:

Thank you for selecting Armstrong Teasdale LLP to represent Payless Holdings LLC and certain of its direct
and indirect subsidiaries (collectively, the "Company") in the Company's bankruptcy matter. This letter and
the enclosed Standard Terms of Representation will describe the basis on which our firm will provide legal
services to you.

We have been engaged to advise the Company in connection with a Chapter 11 bankruptcy filing and to
make preparations therefor.

The professional services that our firm will render to the Company include, but shall not be limited to, the
following:

(a)      providing legal advice with respect to the Company's powers and duties as debtors-in-possession in
the continued operation of its business and management of its properties;

(b)      attending meetings and negotiating with representatives of creditors and other parties in interest
and advising and consulting on the conduct of Chapter 11 Cases, including the legal and administrative
requirements of operating in chapter 11;

(c)      taking necessary action to protect and preserve the Company's estates, including the prosecution
of actions commenced under the Bankruptcy Code on their behalf, and objections to claims filed against the
estates;

(d)      preparing and prosecuting on behalf of the Company's motions, applications, answers, orders,
reports and papers necessary to the administration of the estates;

(e)      advising and assisting the Company with respect to restructuring alternatives, including preparing
and pursuing confirmation of a chapter 11 plan, including preparing and seeking approval of a disclosure
statement;

(f)      appearing in Court and protecting the interests of the Company before the Court; and

March 29, 2017
Page 2

(g)     performing all other legal services for the Company which may be necessary and proper.

Armstrong Teasdale LLP shall serve as local co-counsel, with Kirkland & Ellis LLP serving as lead counsel. All steps shall be taken to ensure no duplication of efforts.

The principal basis for computing our fees will be the amount of time spent on the matter by various lawyers and legal assistants multiplied by their individual hourly billing rates. Our hourly billing rates for lawyers currently range from $255 per hour for new associates to $660 per hour for senior partners. Time devoted by paralegals is charged at billing rates ranging from $110 to $305 per hour. These billing rates are subject to change from time to time. As explained in the enclosed Standard Terms of Representation, other factors also may be taken into consideration in determining our fees.

We are requesting a retainer in the amount of $300,000. Our wire instructions are attached.

Additional information regarding fees and other important matters appears in the enclosed Standard Terms of Representation, which are incorporated as part of this letter and which you should review carefully before agreeing to our engagement. Please indicate your acceptance of the terms of this letter and the Standard Terms of Representation by signing and returning a copy of this letter. However, please note that your instructing us or continuing to instruct us on this matter will constitute your full acceptance of the terms set out above. Please call me if you have any questions.

Sincerely,

Steven N. Cousins

SNC:scr

AGREED TO AND ACCEPTED:

*Payless Holdings LLC*

By: _____

Title: _Ceneral Counsel_

Date: _March 29, 2017_

March 29, 2017
Page 3

## Armstrong Teasdale LLP

### STANDARD TERMS OF REPRESENTATION

This document sets forth the standard terms of our engagement as your lawyers. Unless modified in writing by mutual agreement, these terms will be an integral part of our agreement with you. Therefore, we ask that you review this document carefully and contact us promptly if you have any questions. You should retain this document in your file.

### The Scope of Our Work

The legal services that we will provide to you are described in our engagement letter. Our representation is limited to performance of the services described in that letter and does not include representation of you or your interests in any other matter.

Any expressions on our part concerning the outcome of your legal matters are expressions of our best professional judgment, but are not guarantees. Such opinions are necessarily limited by our knowledge of the facts and are based on the state of the law at the time they are expressed.

It is our policy that the person or entity that we represent is the person or entity that is identified in our engagement letter and does not include any affiliates of such person or entity (*i.e.*, if you are a corporation or partnership, any parents, subsidiaries, employees, officers, directors, shareholders or partners of the corporation or partnership, or commonly owned corporations or partnerships; or, if you are a trade association, any members of the trade association). Accordingly, for conflict of interest purposes, we may represent another client with interests adverse to any such affiliate without obtaining your consent.

### Who Will Provide the Legal Services

Customarily, each client of the firm is served by a principal lawyer contact. You are free to request a change of principal lawyer at any time. Subject to the supervisory role of the principal lawyer, your work or parts of it may be performed by other lawyers and legal assistants in the firm. Such delegation may be for the purpose of involving lawyers or legal assistants with special expertise in a given area or for the purpose of providing services on the most efficient and timely basis.

### Client Responsibilities

You agree to pay our statements for services and expenses as provided below. In addition, you agree to be candid and cooperative with us and will keep us informed with complete and accurate factual information, documents and other communications relevant to the subject matter of our representation or otherwise reasonably requested by us. Because it is important that we be able to contact you at all times to consult with you regarding your representation, you will inform us, in writing, of any changes in the name, address, telephone number, contact person, e-mail address, state of incorporation or other relevant changes regarding you or your business. Whenever we need your instructions or authorization in order to proceed with legal work on your behalf, we will contact you at the latest business address we have received from you. If you affiliate with, acquire, are acquired by, or merge with another company, you will provide us with sufficient notice to permit us to withdraw as your lawyer if we determine that such affiliation, acquisition, or merger creates a conflict of interest between any of our clients and the other party to such affiliation, acquisition, or merger, or if we determine that it is not in the best interests of the firm to represent the new entity.

March 29, 2017
Page 4

**How Fees Will Be Set**

The principal basis for computing our fees for the legal services we provide to you will be the amount of time spent on the matter by various lawyers and legal assistants multiplied by their individual hourly billing rates. In addition, we may also consider:

- The novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly;

- The fee customarily charged in the locality for similar legal services;

- The amount of time or value of property involved and the results obtained;

- The time limitations imposed by you or by the circumstances, such as an emergency closing, the need for injunctive relief from court, or substantial disruption of other office business;

- The nature and length of our professional relationship with you;

- The experience, reputation, and ability of the lawyers performing the services.

The hourly rates of our lawyers and legal assistants are adjusted from time to time to reflect current levels of legal experience, changes in overhead costs, and other factors. We will keep records of the time we devote to your work, including conferences (both in person and over the telephone), negotiations, factual and legal research and analysis, document preparation and revision, travel on your behalf, and other related matters. We record our time in units of tenths of an hour.

We are often requested to estimate the amount of fees and costs likely to be incurred in connection with a particular matter. Whenever possible, we will furnish such an estimate based upon our professional judgment, but always with a clear understanding that it is not a maximum or fixed-fee quotation. The ultimate cost frequently is more or less than the amount estimated.

**Costs**

We will include on our statements separate charges for performing services such as photocopying, messenger and delivery service, computerized research, travel, and long-distance telephone and fax charges, and search fees. Such expenses may also include filing fees, deposition costs, process servers, court reporters, and witness fees. You also agree to pay the charges related to copying or digital reproduction of documents for retention in our files. While our charges for these services are measured by use, they may not, in all instances, reflect our exact out-of-pocket costs. For many of these items, the precise cost of providing the service is difficult to establish. We would be pleased to discuss the specific schedule of charges for these additional services with you and to answer any questions that you may have. If you would prefer, in some situations we can arrange for these services to be provided by third parties with direct billing to you.

Additionally, for efficiency, we may use the services of an affiliate of our firm, Lawgical Choice, to perform technical support such as document scanning, bulk printing, electronic file processing, electronic closing books, CD and DVD copying, document coding, electronic bates numbering, trial support, conversion of electronic files, or production of electronic files and you agree to pay the charges for such services.

March 29, 2017
Page 5

## Charges

You authorize us to retain any investigators, consultants, or experts necessary in our judgment to represent your interests in the representation. Their fees and expenses generally will not be paid by us, but will be billed directly to you.

## Billing Arrangements and Terms of Payment

We will bill you on a regular basis, normally each month, for both fees and disbursements. You agree to make payments within 30 days of receiving our statement or as allowed by court order.

We will give you prompt notice if your account becomes delinquent, and you agree to bring the account or the retainer deposit current. If the delinquency continues and you do not arrange satisfactory payment terms, we will withdraw from the representation and pursue collection of your account. You agree to pay all costs of collection of delinquent invoices, including attorneys' fees and expenses, regardless of whether those fees are attributable to Armstrong Teasdale attorneys or outside attorneys engaged for the purpose of collection.

## Retainer and Trust Deposits

New clients of the firm are required to deposit a retainer with the firm. Unless otherwise agreed, the retainer deposit will be credited toward your unpaid invoices, if any, at the conclusion of services. At the conclusion of our legal representation or at such time as the deposit is unnecessary or is appropriately reduced, the remaining balance or an appropriate part of it will be returned to you. If the retainer deposit proves insufficient to cover current expenses and fees at some point during the representation, it may have to be increased.

All trust deposits we receive from you, including retainers, will be placed in a trust account for your benefit. Normally, pursuant to court rule, your deposit will be placed in a pooled account, and the interest earned on the pooled account will be payable to a charitable foundation. Other trust deposits will also be placed in the pooled account unless you request a segregated account.

## Termination

You may at any time terminate our services and representation upon written notice to us. Such termination shall not, however, relieve you of the obligation to pay for all services already rendered, including work in progress and remaining incomplete at the time of termination, and to pay for all expenses incurred on your behalf through the date of termination.

We reserve the right to withdraw from our representation as required or permitted by the applicable rules of professional conduct upon written notice to you. In the event that we terminate the engagement, we will take such steps as are reasonably practicable to protect your interests in the specified matter, and you agree to take all steps necessary to free us of any obligation to perform further, including the execution of any documents necessary to perfect our withdrawal. We will be entitled to be paid for all services rendered and costs or expenses incurred on your behalf through the date of withdrawal. If permission for withdrawal is required by a court or arbitration panel, we will promptly request such permission, and you agree not to oppose our request.

Unless previously terminated, our representation of you in the specified matter will terminate upon our sending you our final statement for services rendered in the matter.

March 29, 2017
Page 6

Following termination of our services, at your request, your papers and property will be returned to you upon receipt of payment for outstanding fees and costs. Our own files pertaining to the matter will be retained by the firm. These firm files include, for example, firm administrative records, time and expense reports, personnel and staffing materials, and credit and accounting records; and internal lawyers' work product such as drafts, notes, internal memoranda, and legal and factual research, including investigative reports, prepared by or for the internal use of lawyers. All such documents retained by the firm will be transferred to the person responsible for administering our records retention program. For various reasons, including the minimization of unnecessary storage expenses, we reserve the right to destroy or otherwise dispose of any such documents or other materials retained by us within a reasonable time after the termination of the engagement, and you agree that unless you have otherwise notified us in writing, we will have the right to dispose of files relating to your matter without notice after the matter has been concluded for five years.

After the conclusion of our representation, changes may occur in the applicable laws or regulations that could have an impact upon your future rights and liabilities. Unless you engage us after the conclusion of the matter to provide additional advice on issues arising from the matter, the firm has no continuing obligation to advise you with respect to future legal developments.