**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **PAYLESS HOLDINGS, LLC , *et al.*,** | **Case No. 17-42267** |
| **Debtors.** | **(Joint Administration Requested)** |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to the Local Rules of the United States Bankruptcy Court for the Eastern District of Missouri, I, W. Austin Jowers, move to be admitted pro hac vice to the bar of this Court for the purpose of representing the Ad Hoc Committee of First Lien Term Lenders in the instant matter. In support of this motion, I submit the following information as required by Local Rule 12.01(F):

a.  *Full name of the movant-attorney:*
    **William Austin Jowers**

b.  *Address and telephone number of the movant-attorney:*
    **King & Spalding LLP
    1180 Peachtree Street, N.E.
    Atlanta, GA  30309
    Telephone:  (404) 572-4600**

c.  *Name of the firm or letterhead under which the movant practices:*
    **King & Spalding LLP**

d.  *Name of the law school(s) movant attended and the date(s) of graduation therefrom:*
    **Washington & Lee University School of Law, 2003**

  e. *State and federal bars of which the movant is a member, with dates of admission and registration numbers, if any:*
**State Bar of Georgia (2003) – Bar No. 405482**
**U.S. District Court, Northern District of Georgia (2004)**
**U.S. District Court, Middle District of Georgia (2004)**

  f. *Movant is a member in good standing of all bars of which movant is a member and movant is not under suspension or disbarment from any bar.*

  g. *Movant does not reside in the Eastern District of Missouri, is not regularly employed in this District, and is not regularly engaged in the practice of law in this District.*

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

Dated: April 5, 2017
Atlanta, Georgia

Respectfully submitted,

KING & SPALDING LLP

/s/ W. Austin Jowers
W. Austin Jowers

1180 Peachtree Street, N.E.
Atlanta, GA 30309
(404) 572-4600
Fax: (404) 572-5100
ajowers@kslaw.com

*Counsel to the Ad Hoc Committee of First Lien Term Lenders*

Prepared and submitted by:

Brian C. Walsh
Bryan Cave LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
Fax: (314) 259-2020
brian.walsh@bryancave.com

*Counsel to the Ad Hoc Committee of First Lien Term Lenders*