UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 17-42267-659 |
| PAYLESS HOLDINGS, LLC, et al., | ) | |
| | ) | Joint Administration |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS'
COMMITTEE**

Pursuant to 11 U.S.C. § 1102(a), the United States Trustee hereby appoints the following creditors of the above-named jointly administered debtors to the Official Committee of Unsecured Creditors:

Moda Shoe, Ltd.
Suite 3810-11, Tower 6, The Gateway
9 Canton Road, Harbour City, Tsim Sha Tsui
Kowloon, Hong Kong
Attn.: John Koo
310-647-6700 (Phone)
310-647-6716 (Fax)

Qingdao Doublestar Mingren
Imp. And Exp. Co
Attn:   Brian Metteldorf
14226 Ventura Blvd.
Sherman Oaks, CA   91423
317-263-2346 (Phone)

Simon Property Group, Inc.
Attn:   Ronald Tucker
225 W. Washington Street
Indianapolis, IN   46204
317-263-2346 (Phone)

GGP Limited Partnership
Attn:   Julie Minnick Bowden
110 North Wacker Drive
Chicago, IL   60606
312-960-2707 (Phone)
312-442-6374 (Fax)

C and C Accord, LTD.
Attn:   Jayne Neal
Diba Far East LLC
3630 Corporate Trail Dr.
Earth City, MO   63045
314-209-0150 x 130 (Phone)
314-373-1230 (Fax)

The Asean Corporation, Ltd.
Attn:   Michael Paradise
5216 Barnett Ave.
Long Island, New York 11104
718-308-4116 (Phone)
718-308-8479 (Fax)

Brixmore Property Group, Inc.
Attn: Patrick Bennison
450 Lexington Ave., 13th Floor
New York, New York 10017-3904

DANIEL J. CASAMATTA
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

By:   /s/ Paul A. Randolph
E.D.Mo #506384, AZ # 011952
111 S. 10th Street, Suite 6.353
St. Louis, MO 63102
PH: (314) 539-2984
FAX: (314) 539-2990
Email: paul.a.randolph@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this notice was electronically mailed this 14th day of April 2017, by the U.S. Trustee to those members listed above or to their known representatives and to Debtors' counsel and, as a result of filing with the Court, such notice was transmitted electronically via the ECF system of the U. S. Bankruptcy Court, Eastern District of Missouri, to those names listed on the official service list for the cases and those parties who have electronically entered an appearance.

/s/ Kathy Lickenbrock, Paralegal Specialist