# **<u>EXHIBIT A</u>**

<u>Exhibit A is filed under seal (subject to Court approval)</u>

59102622.1