# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-42267-659 |
| | ) | Chapter 11 |
| Payless Holdings LLC, *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Hearing Date: July 5, 2017 |
| | ) | Hearing Time: 10:00 a.m. (Central Time) |

## MOTION TO WITHDRAW

COMES NOW the Office Committee of Unsecured Creditors of Payless Holdings, LLC, *et al.*, by and through the undersigned counsel, and hereby withdraws the Notice of Hearing [Dkt. No. 1074], which was previously filed in this case.

Dated:  June 28, 2017          /s/ Matthew S. Layfield

POLSINELLI P.C.
Matthew S. Layfield
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: (314) 889-8000

*Local Counsel for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP

Robert J. Feinstein
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone:  (212) 561-7700

Bradford J. Sandler
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100

59379684.1

Jeffrey N. Pomerantz
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4100
Telephone: (310) 227-6910

*Lead Counsel for the Official Committee of Unsecured Creditors*

59379684.1