# PRINT INVOICE

**MEC**
A GroupM Company
PO BOX 13429
SANTURCE PR 00908

Tax ID : 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
Intermediary Bank SWIFT   CITIUS33
Intermediary Bank Name:   CITIBANK NEW YORK
Beneficiary Bank Acct #
 With Citibank NY:   10991506
Beneficiary Bank Name:   CITIBANK PUERTO RICO
Beneficiary Account:   0301086024
Beneficiary Name:   GROUP M MEDIA EDGE

PAYLESS SHOESOURCE
3231 SE SIXTH AVE
TOPEKA, KS 66607
ATTN : DONNA BELL

PRODUCT NAME:   PAYLESS
CAMPAIGN NAME:   PRINT BUY GFR MEDIA 2017
ESTIMATE NO.:   0093 01 51065
INVOICE NO.:   503188P
INVOICE DATE:   13 JUL 2017
DUE DATE:
PO NUMBER:

PAGE NO.: 1 of 1

| PUBLICATION | ISSUE DATE / SPACE SIZE | | AMOUNT |
|---|---|---|---|
| EL NUEVO DIA (INSERT) | 06/14/2017 | FSI- 4 PAGES<br>Vendor Invoice 3726036 | 11,258.00 |
| | | | 11,258.00 |
| EL NUEVO DIA | 06/15/2017 | 1/2 PAG VERTICAL<br>Vendor Invoice 3729341 | 3,800.00 |
| | | | 3,800.00 |
| EL NUEVO DIA | 06/14/2017 | SHOP.PR<br>Vendor Invoice 3726170 | 720.00 |
| | | | 720.00 |
| | | INVOICE TOTALS | |
| | | GROSS TOTAL | 15,778.00 |
| | | LESS AGENCY COMMISSION | -3,155.60 |
| | | SERVICE FEE 12.000% | 1,514.69 |
| | | SUB-TOTAL | 14,137.09 |

**INVOICE TOTAL**   14,137.09

GroupM is part of the WPP Group of companies and adheres to WPP ethical standards, which can be found in the WPP Corporate Social Responsibility report on the wpp.com website.