# PRINT INVOICE

**MEC**
A GroupM Company
PO BOX 13429
SANTURCE PR 00908

Tax ID : xxx-xx-2003
Intermediary Bank SWIFT  CITIUS33
Intermediary Bank Name:  CITIBANK NEW YORK
Beneficiary Bank Acct #
With Citibank NY:  xxxx1506
Beneficiary Bank Name:  CITIBANK PUERTO RICO
Beneficiary Account:  xxxxxx6024
Beneficiary Name:  GROUP M MEDIA EDGE

PAYLESS SHOESOURCE
3231 SE SIXTH AVE
TOPEKA, KS 66607
ATTN : DONNA BELL

| | |
|---|---|
| PRODUCT NAME: | PAYLESS |
| CAMPAIGN NAME: | PRINT BUY GFR MEDIA 2017 |
| ESTIMATE NO.: | 0093 01 51065 |
| INVOICE NO.: | 503188P |
| INVOICE DATE: | 13 JUL 2017 |
| DUE DATE: | |
| PO NUMBER: | |
| PAGE NO.: | 1 of 1 |

| PUBLICATION | ISSUE DATE / SPACE SIZE | | AMOUNT |
|---|---|---|---|
| EL NUEVO DIA (INSERT) | 06/14/2017 | FSI- 4 PAGES<br>Vendor Invoice 3726036 | 11,258.00 |
| | | | 11,258.00 |
| EL NUEVO DIA | 06/15/2017 | 1/2 PAG VERTICAL<br>Vendor Invoice 3729341 | 3,800.00 |
| | | | 3,800.00 |
| EL NUEVO DIA | 06/14/2017 | SHOP.PR<br>Vendor Invoice 3726170 | 720.00 |
| | | | 720.00 |

INVOICE TOTALS
---
GROSS TOTAL                15,778.00
LESS AGENCY COMMISSION     -3,155.60
SERVICE FEE  12.000%        1,514.69
SUB-TOTAL                  14,137.09

**INVOICE TOTAL**  14,137.09

GroupM is part of the WPP Group of companies and adheres to WPP ethical standards, which can be found in the WPP Corporate Social Responsibility report on the wpp.com website.