**PRINT INVOICE**  EXHIBIT II



**A GroupM Company**
PO BOX 13429
SANTURCE PR 00908

Tax ID : 
Intermediary Bank SWIFT   CITIUS33
Intermediary Bank Name:   CITIBANK NEW YORK
Beneficiary Bank Acct #
  With Citibank NY:
Beneficiary Bank Name:   CITIBANK PUERTO RICO
Beneficiary Account:
Beneficiary Name:   GROUP M MEDIA EDGE

PAYLESS SHOESOURCE
3231 SE SIXTH AVE
TOPEKA, KS 66607

ATTN : DONNA BELL

PRODUCT NAME:   PAYLESS
CAMPAIGN NAME:   PRINT BUY GFR MEDIA 2017
ESTIMATE NO.:   0093 01 51065
INVOICE NO.:   503794P
INVOICE DATE:   16 OCT 2017
DUE DATE:
PO NUMBER:

PAGE NO.: 1 of 1

| PUBLICATION | ISSUE DATE / SPACE SIZE | | AMOUNT |
|---|---|---|---|
| EL NUEVO DIA | 09/14/2017 | 1/2 PAG VERTICAL<br>Vendor Invoice 3742461 | 3,800.00 |
| | | | 3,800.00 |
| | INVOICE TOTALS | | |
| | GROSS TOTAL | | 3,800.00 |
| | LESS AGENCY COMMISSION | | -760.00 |
| | SERVICE FEE 12.000% | | 364.80 |
| | SUB-TOTAL | | 3,404.80 |

NET

| INVOICE TOTAL | 3,404.80 |
|---|---|

GroupM is part of the WPP Group of companies and adheres to WPP ethical standards, which can be found in the WPP Corporate Social Responsibility report on the wpp.com website.



```
10/02/2017  03:18:56PM                                               Page No : 3
Requested By: R.CORA                                                 Estimate
                            MEC ACCOUNT
                            PRINT CAMPAIGN SCHEDULE
                                                      Report Based On : Client Cost
Client  : 0093 PAYLESS SHOESOURCE
Product : 01 PAYLESS                    Campaign : 51065 PRINT BUY GFR MEDIA 2017
                                        Date     : 03/01/2017 TO 12/31/2017  Rev # :

Issue Date Closing Date Ins Size   Position   Surcharges   Surch Cost   Pub. Cost Billing Cost Class

                    MONTHLY             BILLING      ESTIMATE
        INSERTION    MONTH                  BILLING         MONTH
        NO OF INSERTIONS   PUB COST    NO OF INSERTIONS            COST
MARCH          1        3,800.00             1           3,404.80
MAY            3       18,858.00             3          16,896.77
JUNE           3       15,778.00             3          14,137.09
JULY           5       23,378.00             5          20,946.69
SEPTEMBER      1        3,800.00             1           3,404.80
NOVEMBER       3       15,778.00             3          14,137.09
DECEMBER       2        7,600.00             2           6,809.60
                      ----------                       ----------
EXPENDITURE TO DATE   88,992.00                        79,736.84

COMMENTS:

Agency 1 Approval: [signature]        Client Approval: [signature]
         Date: 10.2.17                         Date:

Agency 2 Approval:
         Date:
```



# INVOICE

**RECEIVED OCT 1 6 2017**

| | |
|---|---|
| **Bill To:** MEDIAEDGE | **Invoice No:** 3742461 |
| PO BOX 366288 | **Invoice Date:** 9/30/2017 |
| San Juan PR 00936 | **Order No:** 21654292 |
| | **Salesperson No:** |
| **Advertiser :** PAYLESS SHOES | **Purchase Order:** 0093-01-51665 |
| **Account No:** | **Due Date:** Upon receipt |
| **Merchant Register No:** | |

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| **Exempt Tax Group** | | | | **$3,800.00** |
| HORIZONTE - PH | | | | |
| | 9/14/2017 | Payless Septiembre 2017. | TARIFA UNICA 1/2 PAGINA VERTICAL. - Pag: 13 | |
| MAGACIN - MODA Y BELLEZA | | | | |
| | 9/14/2017 | Payless Septiembre 2017. | ROP 1/2 PAGINA VERTICAL. - Pag: 7 | |
| NORTE- PH | | | | |
| | 9/14/2017 | Payless Septiembre 2017. | TARIFA UNICA 1/2 PAGINA VERTICAL. - Pag: 17 | |
| PRIMERA HORA | | | | |
| | 9/13/2017 | Payless Septiembre 2017. | TARIFA UNICA 1/2 PAGINA VERTICAL. - Pag: 21 | |
| | 9/14/2017 | Payless Septiembre 2017. | TARIFA UNICA 1/2 PAGINA VERTICAL. - Pag: 22 | |



Invoice No. 3742461

| Product | Date | Description | Module | Amount |
|---|---|---|---|---|
| SUROESTE - PH | 9/14/2017 | Payless Septiembre 2017. | TARIFA UNICA 1/2 PAGINA VERTICAL. - Pag: 10 | |
| | | | Subtotal | $3,800.00 |
| | | | IVU 10.5% | $0.00 |
| | | | IVU 1.0% | $0.00 |
| | | | B2B 4.0% | $0.00 |
| | | | Total | $3,800.00 |

Advertising is exempt of any witholdings under Section 1062.03 of the 2011 Puerto Rico Internal Revenue Code.

Please send advertisement payments to :
GFR Media LLC / PO Box 71445, San Juan, PR 00936-8545. (787) 641-7023

Please send subscription payments to :
GFR Media LLC / PO Box 9227512, San Juan, PR 00922-7512. (787) 641-8800

Important Information: When payments are made by check you authorize us to make an electronic fund transfer from your bank account or to process the payment as a check transaction. Funds may be withdrawn from your bank account on the same day we receive your payment.

| Agency Name | | | | Account No |
|---|---|---|---|---|
| MEDIAEDGE | | | | 101-43 |
| **Invoice No** | **Subtotal** | **Agency Discount** | **Taxes** | **Net Payment** |
| 3742461 | $3,800.00 | $760.00 | $0.00 | $3,040.00 |