UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | Case No. 17-42267 |
| PAYLESS HOLDINGS, LLC, *et al.*[1], | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |
| | Re: Docket No. 1837 |

### DEVNULL WINTER GARDEN, LLC'S
### NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE
### OF ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that Devnull Winter Garden, LLC, by and through their undersigned counsel, hereby withdraws with prejudice the *Devnull Winter Garden, LLC's Motion for Allowance of Administrative Expense Claim* (the "Application") [Docket No. 1837] as filed with the United States Bankruptcy Court for the Eastern District of Missouri (the "Bankruptcy Court") on August 30, 2017.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application had not previously been set.

**PLEASE TAKE FURTHER NOTICE** that the Reorganized Debtors consent to the withdrawal of the Application.

---

[1] The Debtors (as defined herein) in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Payless Holdings LLC [5704]; Payless Intermediate Holdings LLC[N/A]; WBG-PSS Holdings LLC [N/A]; Payless Inc. [3160]; Payless Finance, Inc. [2101]; Collective Brands Services, Inc. [7266]; PSS Delaware Company 4, Inc. [1466]; Shoe Sourcing, Inc. [4075]; Payless ShoeSource, Inc. [4097]; Eastborough, Inc. [2803]; Payless Purchasing Services, Inc. [3043]; Payless ShoeSource Merchandising, Inc. [0946]; Payless Gold Value CO, Inc. [3581]; Payless ShoeSource Distribution, Inc. [0944];Payless ShoeSource Worldwide, Inc. [6884]; Payless NYC, Inc. [4126]; Payless ShoeSource of Puerto Rico, Inc. [9017]; Payless Collective GP, LLC [N/A]; Collective Licensing, LP [1256]; Collective Licensing International LLC [5451]; Clinch, LLC [9836]; Collective Brands Franchising Services, LLC [3636]; Payless International Franchising, LLC [6448]; Collective Brands Logistics, Limited [6466]; Dynamic Assets Limited[1978]; PSS Canada, Inc. [4969]; Payless ShoeSource Canada Inc. [4180]; Payless ShoeSource Canada GP Inc.[4182]; and Payless ShoeSource Canada LP [4179]. The location of Debtor Payless Holdings LLC's corporate headquarters and the Debtors' service address is: c/o Payless ShoeSource, Inc., 3231 SE 6th Avenue, Topeka, KS 66607, United States.

1

| | |
|---|---|
| Dated:  September 9, 2018 | Respectfully submitted, |

**BALLARD SPAHR LLP**

By: /s/ Dustin P. Branch
Dustin P. Branch admitted *pro hac vice*
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4354
Facsimile: 424.204.4350
E-mail:  branchd@ballardspahr.com

- and -

HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433
Telephone: 314.480.1500
Facsimile: 314.480.1505

*Counsel for Devnull Winter Garden, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of September, 2018, a true and correct copy of the foregoing document was served via email through the Bankruptcy Court's Electronic Case Filing System on the parties that have consented to such service.

      /s/ *Dustin P. Branch*
      Dustin P. Branch